04/07/2005  15:15    2126373711                DANIEL  J.  HANSEN, ESQ              PAGE  02/03
Case 1:04-cv-01784-ILG-CLP      Document 19-2    Filed 04/12/2005    Page 1 of 2
04/07/2005  14:01    516-571-3858                NASSAU CTY ATTY OFF              PAGE  03/04

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THOMAS HARTMANN,

                                    Plaintiff,

          -against-                                          CV-04-1784 (ILG) (CLP)

THE COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER KARL N. SNELDERS,
POLICE OFFICER MICHAEL KNATZ, DEPUTY
INSPECTOR ROBERT TURK, LIEUTENANT THOMAS
ZAMOJCIN, POLICE OFFICER KEVIN W. SMITH, POLICE
OFFICER PHILIP BRADY, DETECTIVE BARRY O.
FRANKLIN, POLICE OFFICER THOMAS O. McCAFFREY
and "JOHN and JANE DOES 1-15" representing as yet
unknown and unidentified police officers.

                                    Defendants.
------------------------------------------------------------------X

## STIPULATION OF CONFIDENTIALITY

          It is hereby stipulated and agreed, by and between Plaintiff, by his undersigned counsel

and Defendants, by their undersigned counsel that:

1.        The Defendants agreed or were otherwise directed by the Court to provide the Plaintiff in

this action with certain records and/or documents of the Nassau County Police Department and

records pertaining specifically to Defendants Police Officer Karl N. Snelders and Police Officer

Michael Knatz that are not already in the public domain.

2.        The Plaintiff hereby agrees that he will not disseminate or disclose, or cause to be

disseminated or disclosed, to any individual, any of the information produced or contained in the

documents disclosed.

3.        The Plaintiff further agrees that he will use the documents and/or information provided

solely for the purposes of this action and will not disseminate or disclose, or cause to be

disseminated or disclosed, any documents and/or information contained within.

1

Case 1:04-cv-01784-CLP   Document 20   Filed 04/15/05   Page 2 of 2 PageID #: 47

04/07/2005  15:15   2125973711          DANIEL  J.  HANSEN, ESQ          PAGE  03/03
      Case 1:04-cv-01784-ILG-CLP     Document 19-2   Filed 04/12/2005   Page 2 of 2
04/07/2005  14:01   516-571-3058        NASSAU CTY ATTY OFF             PAGE  04/04

4.     The Plaintiff further agrees that he will not make additional copies of these documents and/or records unless necessary for the purposes of this action and, in any event, will not retain any copies of these documents and/or records after trial in this action.

5.     The Plaintiff further agrees to return all copies of all documents and/or records provided to Plaintiff to the attorney for the Defendants when this action has been terminated.

For purposes of this Stipulation, a facsimile shall be deemed an original copy.

Dated: April 7, 2005

Daniel J. Hansen
Attorney at Law

By: _____
Daniel J. Hansen
233 Broadway, 5th Floor
New York, New York 10279
(212) 697-3701

LORNA B. GOODMAN
Nassau County Attorney

By: _____
Bethany O'Neill (BBO 0862)
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-6146
Attorney for Defendants

SO ORDERED:

Cheryl Pall
USMJ
4/15/05

2