ORIGINAL

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   ------------------------------------------------X
     THOMAS HARTMANN,
 4
                                      PLAINTIFF,
 5
                        CV-04-1784 (ILG)(CLP)
 6
                -against-
 7
     THE COUNTY OF NASSAU, NASSAU COUNTY POLICE
 8   DEPARTMENT, POLICE OFFICER KARL. L SNELDERS,
     POLICE OFFICER MICHAEL KNATZ, DEPUTY INSPECTOR
 9   ROBERT TURK, LIEUTENANT THOMAS ZAMOJCIN, POLICE
     OFFICER KEVIN W. SMITH, POLICE OFFICER PHILIP
10   BRADY, DETECTIVE BARRY O. FRANKLIN, POLICE
     OFFICER THOMAS O. MCCAFFREY and "JOHN and JANE
11   DOES 1-15" representing as yet unknown and
     unidentified police officers,
12
                                      DEFENDANTS.
13   ------------------------------------------------X

14              DATE: May 18, 2005

15              TIME: 10:20 a.m.

16

17              EXAMINATION BEFORE TRIAL of the

18   Defendant, POLICE OFFICER KARL L. SNELDERS, taken

19   by the Plaintiff, pursuant to an Order, held at

20   the LAW OFFICES OF DANIEL J. HANSEN, ESQ., 233

21   Broadway, New York, New York 10279, before a

22   Notary Public of the State of New York.

23

24

25
```

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

SNELDERS

2   A.   Well, I didn't even prepare it, I
3   probably dictated it to her to -- actually, I
4   don't remember dictating the narrative either even
5   though it said I did it.
6   Q.   Look at the top left there is a date,
7   3/12/04?
8   A.   Yes.
9   Q.   It says, "at 21:27," is that the time?
10  A.   That's the time the desk officer secured
11  sign it.
12  Q.   What does that mean?
13  A.   That means that he has to look it over
14  and he actually assigns the crime to a case and
15  sends it where it has to go.
16  Q.   When something is secured signed, is
17  that like a time and date stamp on it?
18  A.   Just that he secured signed it.
19  Q.   Now, to the left of that it says,
20  "preliminary written by 6760 SNELD," is that you?
21  A.   Yes.
22  Q.   Does that mean that you wrote this
23  narrative that is listed on the document?
24  A.   What was that?
25  Q.   Does that represent your authorship of

1                         SNELDERS

2      this narrative?

3              MS. O'NEILL:  He is asking whether this

4      up here (indicating), indicates whether you

5      wrote it?

6              THE WITNESS:  It's suppose to, but I

7      didn't prepare this.

8         Q.   Who prepared it?

9         A.   I don't know.

10        Q.   Do you know where the information came

11     from on this?

12        A.   No, I don't, I definitely didn't.  This

13     is not what I would have written.  With our

14     computer system, if I sign on the computer and

15     somebody else types, it will put my name up there

16     as a narrative, but I didn't type the narrative.

17        Q.   Did you sign on?

18        A.   I was signed on on the computer that

19     night.

20        Q.   Did you have a password to sign on?

21        A.   When I sign on the computer, once I am

22     in Swift Justice and I access -- once I sign on

23     Swift Justice and I access case report or arrest

24     report, somebody else goes and types in, it will

25     put my name on this even though I didn't do it,

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

```
 1                          SNELDERS
 2    but I didn't type this.
 3         Q.    Is there anything in that narrative that
 4    you disagree with?
 5         A.    I don't know about Officer Knatz
 6    pointing his firearm at him or yelling to him,
 7    "Let me see your hands."  If I wrote that, I
 8    wouldn't have put that in there because I didn't
 9    see that.  I don't know who did it.
10              MR. HANSEN:  Mark this as Plaintiff's
11         Exhibit 29 for identification.
12              (Whereupon, the aforementioned one-page
13         document case report was marked as Plaintiff's
14         Exhibit 29 for identification as of this date
15         by the Reporter.)
16         Q.    I am showing you what has been marked as
17    Plaintiff's Exhibit 29, do you recognize that
18    document?
19         A.    Yes, it's a case report for that date.
20         Q.    Did you write that report?
21         A.    I called this one in, yes.
22         Q.    When did you call it in?
23         A.    I don't know what time, it was later on
24    that night, I didn't dictate that one though.
25         Q.    When you say, "you didn't dictate that
```

1                           SNELDERS
2     one though," are you saying that you didn't
3     dictate the report marked as Plaintiff's Exhibit
4     29, is that what you are saying?
5           A.     Yes, this (indicating) is the one I
6     dictated.
7           Q.     Is there a date and time that the
8     document marked as Plaintiff's Exhibit 29 was
9     secure signed?
10          A.     This one is 21:33.
11          Q.     On what date?
12          A.     The 12th.
13          Q.     And what date and time was the document
14    marked as Plaintiff's Exhibit 28 secure signed?
15          A.     21:27.
16          Q.     About six minutes earlier?
17          A.     That's correct.
18          Q.     It's your position that you dictated the
19    document marked as Plaintiff's Exhibit 29, but you
20    had nothing to do with the one marked as
21    Plaintiff's Exhibit 28, is that your testimony?
22          A.     That's correct.
23          Q.     Do you know if Officer Knatz appeared at
24    any case report or incident report or 32 or 85?
25          A.     No, now I know where this came up on

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   -------------------------------------------X
     THOMAS HARTMANN,
 4
                                      PLAINTIFF,
 5
                  -against-
 6
     THE COUNTY OF NASSAU, NASSAU COUNTY POLICE
 7   DEPARTMENT, POLICE OFFICER KARL L. SNELDERS,
     POLICE OFFICER MICHAL KNATZ, DEPUTY INSPECTOR
 8   ROBERT TURK, LIEUTENANT THOMAS ZAMOJCIN, POLICE
     OFFICER KEVIN W. SMITH, POLICE OFFICER PHILIP
 9   BRADY, DETECTIVE BARRY O. FRANKLIN, POLICE OFFICER
     THOMAS O. McCAFFREY and "JOHN and JANES DOES 1-15"
10   representing as yet unknown and unidentified
     police officers,
11
                                      DEFENDANTS.
12   -------------------------------------------X
13
14                       DATE: May 20, 2005
15                       TIME: 10:26 a.m.
16
17
18           EXAMINATION BEFORE TRIAL of the Defendant,
19   ROBERT TURK, b/s/h/a INSPECTOR ROBERT TURK, taken
20   by the Plaintiff, pursuant to a Court Order, held
21   at the offices of THE COCHRAN FIRM, SCHNEIDER,
22   KLEINICK, WEITZ & DAMASHEK, ESQS., 233 Broadway,
23   New York, New York 10279, before a Notary Public
24   of the State of New York.
25
```

```
 1                          R. TURK
 2    document as to who prepared the narrative that
 3    runs a number of lines on the top of the report
 4    beginning with the words "after a pursuit"?
 5         A.    It indicates a series of numbers and
 6    it appears to be Officer Snelders.
 7         Q.    How was it that a BSO officer or any
 8    other officer gained access to the computer system
 9    to make an entry such as that which appears on
10    Plaintiff's Exhibit 28?
11         A.    I don't understand.
12         Q.    Is there a sign-in procedure in order
13    for the officer to make such an entry?
14         A.    Yes.
15         Q.    Is the officer or in particular case
16    Officer Snelders given a log in --
17         A.    By serial number.
18         Q.    By the badge?
19         A.    Serial number.
20         Q.    Is that a different from the badge
21    number?
22         A.    That is correct.
23         Q.    Can other officers prepare this
24    document under Officer Snelders' name or make
25    entries in his name?
```

```
 1                              R. TURK
 2        A.    No.
 3        Q.    Would that be against protocol or is
 4   it just not done?
 5        A.    It's just not done.
 6        Q.    I am going to show you Plaintiff's
 7   Exhibit 29 also from May 18th. Is that also part
 8   of a case report?
 9        A.    Again, these are detective division
10   information and part of their follow-up
11   investigation.
12        Q.    From your understanding as a member
13   of the Nassau County Police Department for the
14   past 30-something years, do you recognize this
15   document?
16        A.    It's not a document that in patrol
17   that we would use. I don't see it in the regular
18   course.
19        Q.    Have you seen these in the past?
20        A.    I don't remember.
21        Q.    Have you seen this particular
22   document in the past?
23        A.    No.
24        Q.    Does this document indicate who
25   authored the narrative portion referring to
```

```
 1                          R. TURK
 2     RMP921?
 3          A.     It indicates a serial number 6760 and
 4     Snelders.
 5          Q.     That would be Officer Snelders?
 6          A.     Yes.
 7          Q.     Just like the other document?
 8          A.     That is correct.
 9          Q.     Does that tell you who authored the
10     narrative?
11          A.     The DD narrative or the preliminary?
12          Q.     The preliminary?
13          A.     That would be Officer Snelders
14     according to this document.
15          Q.     The DD narrative, that would be the
16     detective division narrative; is that right?
17          A.     That is right.
18          Q.     Another document that we spoke about
19     before is the district court information, remember
20     earlier on? I have now handed you a document; does
21     it have an Exhibit number from May 18th?
22          A.     Yes.
23          Q.     What Exhibit number is that?
24          A.     Twenty-six.
25          Q.     And is that the information that we
```