Exhibit 4

1

1

2  UNITED STATES DISTRICT COURT
3  EASTERN DISTRICT OF NEW YORK
   ------------------------------------
4  THOMAS HARTMANN,
5                          Plaintiff,
6            -against-                    Docket No.
                                          04CV1784
7                                         (ILG)(CLP)
   THE COUNTY OF NASSAU, NASSAU COUNTY
8  POLICE DEPARTMENT, POLICE OFFICER KARL
   N. SNELDERS, POLICE OFFICER MICHAEL
9  KNATZ, DEPUTY INSPECTOR ROBERT TURK,
   LIEUTENANT THOMAS ZAMOJCIN, POLICE
10 OFFICER "JOHN" SMITH, POLICE OFFICER
   "JOHN" BRADY, DETECTIVE BARRY O.
11 FRANKLIN, POLICE OFFICER THOMAS O.
   McCAFFREY and "JOHN and JANE DOES 1-15"
12 representing as yet unknown and
   unidentified police officers.
13
                          Defendants.
14 ------------------------------------
                          One West Street
15                        Mineola, New York
16                        March 8, 2005
                          10:30 a.m.
17
18
19          DEPOSITION of THOMAS PAUL HARTMANN,
   s/h/a THOMAS HARTMANN, the Plaintiff herein, taken
20 by the Defendant, pursuant to Federal Rules of
   Civil Procedure, held at the above-mentioned time
21 and place, before Claudia DiStefano, a Notary
   Public of the State of New York.
22
23
24
25

2

1

2     A P P E A R A N C E S :

3

4     DANIEL J. HANSEN, ESQ.

        Attorney for Plaintiff

5       233 Broadway, Fifth Floor

        New York, New York  10279

6

7

      LORNA B. GOODMAN, Nassau County Attorney

8       Attorney for Defendants excluding "John"

        Smith, "John" Brady, and "John and Jane Does

9       1-15"

        One West Street

10      Mineola, New York  11501

11    BY:    BETH O'NEILL, Deputy County Attorney

12

13    A L S O   P R E S E N T :

14      CARL SANDEL, Deputy County Attorney

15      RICHARD CARBONE, County of Nassau

        (videographer)

16

17

18

19

20

21

22

23

24

25

3

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3     among counsel for the respective parties hereto,

4     that the sealing and certification of the within

5     deposition shall be and the same are hereby waived;

6          IS FURTHER STIPULATED AND AGREED that all

7     objections, except to the form of the question,

8     shall be reserved to the time of the trial;

9          IS FURTHER STIPULATED AND AGREED that the

10    within deposition may be signed before any Notary

11    Public with the same force and effect as if signed

12    and sworn to before the Court.

13

14                          oOo

15

16

17

18

19

20

21

22

23

24

25

4

1

2    T H O M A S    P A U L    H A R T M A N N, after

3           having first been duly sworn by a Notary

4           Public of the State of New York, was

5           examined and testified as follows:

6    EXAMINATION BY

7    MS. O'NEILL:

8           Q      Would you please state your name for

9    the record.

10          A      Thomas Paul Hartmann.

11          Q      What is your present home address?

12          A      290 Collins Avenue, Apartment 8-C,

13   Mount Vernon, New York  10552.

14                 MS. O'NEILL:  Good morning,

15                 Mr. Hartmann.  My name is Beth

16                 O'Neill.  I am a Deputy County

17                 Attorney with the Nassau County

18                 Attorney's office.

19                 I will be asking you some

20                 questions today with regard to the

21                 incident that occurred on March 12,

22                 2004 and some other information that

23                 we need to get from you today. If at

24                 any time you don't understand any of

25                 our questions, please let me know

100

1                    T. Hartmann

2    make?

3          A      I'm not sure.

4          Q      Did you speak to her during any of

5    those times?

6          A      No, I did not.

7          Q      Did you leave any messages?

8          A      I don't recall.

9          Q      After leaving Manhattan, did you make

10   any other stops?

11         A      No.

12         Q      Did you go straight to your brother's

13   house?

14         A      Yes.

15         Q      On Brower Avenue?

16         A      Yes.

17         Q      What time did you arrive there?

18         A      I guess about quarter to 4 maybe.

19         Q      Was it still light out when you

20   arrived?

21         A      Yes, it was.

22         Q      What was the weather like?

23         A      Clear.

24         Q      Were there any passengers in your

25   vehicle when you went to your brother's house?

101

                              T. Hartmann

1

2          A        No.

3          Q        Did you still have your cell phone on

4    you?

5          A        Yes.

6          Q        What happened when you arrived at

7    your brother's house?

8          A        I was getting out of the truck and I

9    seen the cops across the street, and I just started

10   my truck back up and took off.

11         Q        Where did you park your truck?

12         A        I don't know the name of the block,

13   Sunnyside Street. My brother lives on the corner.

14         Q        Which side of the street did you park

15   on?

16         A        I parked on the east side.

17         Q        Can you tell me the route that you

18   took from the point when you traveled from

19   Manhattan up until you got to Brower Avenue?

20         A        I came over the 59th Street Bridge,

21   took that to the LIE, and took it to the Cross

22   Island. Then I took it to the Southern State, Ocean

23   Avenue, and I can't give you the exact streets but

24   it goes into like Brower Avenue, going down into

25   Brower Avenue.

102

1                           T. Hartmann

2           Q          Did you turn off Brower Avenue onto

3    Sunnyside?

4           A          Yes.

5           Q          Did you make a left?

6           A          Made a left.

7           Q          Did you turn your vehicle around or

8    did you stay traveling in that direction?

9           A          I stayed pointing left.

10          Q          What side of the street did you park

11   on?

12          A          East side of the street, right side.

13          Q          When you say the right side, are you

14   talking about your right?

15          A          Yes, of the truck.

16          Q          That was on Sunnyside?

17          A          Yes.

18          Q          Did you park on the side of the

19   house, front of the house, or something else?

20          A          Side of the house.

21          Q          Did you exit the vehicle?

22          A          Almost. I opened the door and stepped

23   out.

24          Q          Did you close the door behind you?

25          A          No, I did not.

103

T. Hartmann

1

2    Q        What did you observe with regard to

3  the police officers?

4    A        I seen them across the street,

5  starting to come this way.

6    Q        When you say across the street, which

7  street?

8    A        Brower Avenue.

9    Q        Did you see them in a vehicle?

10   A        Yes.

11   Q        Did you see them making a left onto

12  Sunnyside?

13   A        Yes.

14   Q        Can you describe the vehicle?

15   A        It was, I think, a blue Chevy Lumina,

16  not exactly sure.

17   Q        How did you know they were police

18  officers?

19   A        Because they had a red light on in

20  the thing.

21   Q        Were there any sirens?

22   A        Not at that time.

23   Q        How many police officers were in the

24  vehicle?

25   A        Two.

104

1                        T. Hartmann

2        Q       Did they come up to you while you

3    were standing outside the vehicle?

4        A       No.

5        Q       How far was the vehicle from your

6    vehicle when you were standing outside the vehicle?

7        A       It was across Brower Avenue. I'd say

8    it had to be 70 feet maybe, I can't tell you at

9    that point.

10       Q       Did you get back in the vehicle?

11       A       They were coming over.  Cars were

12   waiting, and they were starting to come that way.

13       Q       They were making the left?

14       A       Yes.

15       Q       You got back into your vehicle?

16       A       Yes.

17       Q       Did you have any conversations with

18   any of the police officers in and around the Brower

19   Avenue vicinity?

20       A       No.

21       Q       To your knowledge, were there any

22   guns being held at the Brower Avenue address?

23       A       I don't know. No.

24       Q       When you saw the officers in the

25   vehicle making the left, why did you get back in

105

1                          T. Hartmann

2    the car?

3          A        Because I knew they were after me.

4          Q        Did you make any threats to the

5    police officers in and around the Brower Avenue

6    vicinity?

7          A        No, I did not.

8          Q        Now, when you got back into your car

9    after observing them making the left, what did you

10   do?

11         A        Started the car and took off.

12         Q        Where did you go?

13         A        I went down the block.

14         Q        When you say down the block, are you

15   talking about down Sunnyside?

16         A        Yes.

17         Q        North direction?

18         A        Yes.

19         Q        Where did you go from there?

20         A        I couldn't give you the exact

21   location, but I just took off, I mean drove.

22         Q        Do you know the route that you

23   traveled?

24         A        Not offhand, no.

25         Q        Do you know any of the streets that

106

1                      T. Hartmann

2    you traveled on?

3         A      No.

4         Q      Where were you going?

5         A      I was just trying to get away from

6    the police.

7         Q      Can you tell me what was the highest

8    rate of speed that you accelerated to during that

9    time?

10        A      Maybe 50, 60.

11        Q      Did you stop for any stop signs or

12   traffic lights?

13        A      No.

14        Q      Were there any traffic lights or stop

15   signs that you went through?

16        A      Not that I recall, no.

17                    MS. O'NEILL:  Off the record.

18                    (Discussion held off the record.)

19        Q      Did there come a point when you

20   brought your vehicle to a stop?

21        A      Yes.

22        Q      Where was that?

23        A      Allen Avenue.

24        Q      Why did you stop your car there?

25        A      Because I was trying to get away from

                    T. Hartmann
1
2    the cops.  Just stop -- no reason, because I
3    couldn't outrun them in the truck.
4          Q        So what was your intention at that
5    point?
6          A        Get out and run.
7          Q        Do you know the area where you
8    brought your vehicle to a stop?
9          A        I know it's Allen Avenue. I don't
10   know.
11         Q        Do you know anyone that lives in that
12   area?
13         A        No, I do not.
14         Q        At the time, did you know of anyone
15   that lived in that area?
16         A        No, I do not.
17         Q        Now, when you brought your vehicle to
18   a stop, can you describe where you brought it to a
19   stop?
20         A        On the side of the road. I mean I --
21         Q        Did you bring the vehicle to a stop
22   in front of a residence?
23         A        Yes.
24         Q        Do you know the address of the
25   residence where you brought your vehicle to a stop

108

1                          T. Hartmann

2    in front of?

3           A        No, I do not.

4           Q        Would you describe the area on Allen

5    Avenue where you stopped as a residential area?

6           A        Yes.

7           Q        What happened after you brought the

8    vehicle to a stop?

9           A        I jumped out.

10          Q        When you jumped out of the vehicle,

11   did you notice where the police car was at that

12   point?

13          A        Behind the truck, behind my truck.

14          Q        Behind your truck?

15          A        Yes.

16          Q        Did you observe the police vehicle

17   behind you for the entire point, from the point you

18   left Brower Avenue to the point where you stopped

19   on Allen Avenue?

20          A        I didn't observe them behind me. I

21   mean I heard the sirens.

22          Q        Other than the police vehicle that

23   you observed on Brower Avenue with the red light,

24   did you observe any other police vehicles in the

25   vicinity of Allen Avenue when you brought your

109

T. Hartmann

1  vehicle to a stop?

2

3       A       No, I did not.

4       Q       Approximately how far behind your

5  truck was the police vehicle when you jumped out on

6  Allen Avenue?

7       A       I don't recall.

8       Q       During the time from when you left

9  Brower Avenue up until the point when you stopped

10  on Allen Avenue, did you make any calls on your

11  cell phone?

12       A       No, I did not.

13       Q       Did you receive any calls on your

14  cell phone?

15       A       No, I did not.

16       Q       In and around the area of Brower

17  Avenue, before you got back in your car and took

18  off, did you hear the police officers say anything

19  to you?

20       A       No, I did not.

21       Q       When you jumped out of the car on

22  Allen Avenue, where did you go?

23       A       I went to the front of my truck.

24       Q       At any point after you jumped out of

25  your vehicle on Allen Avenue, did you run toward

110

1                          T. Hartmann

2   the police vehicle?

3          A       No, I did not.

4          Q       Did you have any discussions with any

5   of the police officers in and around the Allen

6   Avenue vicinity --

7          A       No.

8          Q       -- after you jumped out of the

9   vehicle?

10         A       No, I did not.

11         Q       Did you say anything to them?

12         A       No, I did not.

13         Q       Did they say anything to you?

14         A       No, they did not.

15         Q       Were any words spoken by either you

16  or the police officers from the time when you

17  jumped out of the vehicle on Allen Avenue up until

18  the point when you were struck by the vehicle?

19         A       No.

20         Q       Did you make any threats to the

21  police officers in and around that area?

22         A       No, I did not.

23         Q       Did you ever indicate to the police

24  that they better shoot you or you'll shoot them?

25         A       Never.

111

1                          T. Hartmann

2          Q       At the point when you got out of the

3     car and you moved to the front of your car, where

4     were your hands?

5          A       At my side.

6          Q       At any point, were either of your

7     hands gesturing down the front of your pants or any

8     part of your pants?

9          A       No.

10         Q       Did you at any point from while you

11    were in the vicinity of Allen Avenue make any

12    threatening gestures with your hands?

13         A       No.

14         Q       During any of the time while you were

15    in the vicinity of Allen Avenue, did you put your

16    hand down your pants?

17         A       No.

18         Q       Approximately how long after you

19    stopped the vehicle on Allen Avenue did you get

20    out?

21         A       Instantly, two seconds.

22         Q       Approximately how long did it take

23    you to get to the front of the vehicle?

24         A       Maybe another two seconds.

25         Q       Was that the first place you went

112

1                              T. Hartmann

2       after you got out of the car?

3              A        Yeah.

4              Q        Why did you go to the front of the

5       vehicle?

6              A        Because I was running.

7              Q        Did you stop at any time point near

8       the front of the vehicle?

9              A        No, I did not.

10             Q        Where were you running to?

11             A        Just running away from the cops, to

12      the sidewalk.

13             Q        Did there come a tine that you were

14      struck by the motor vehicle?

15             A        Yes.

16             Q        Were you struck by the motor vehicle

17      that you described earlier as the blue Chevy

18      Lumina?

19             A        Yes.

20             Q        What part of your body was struck?

21             A        My legs.

22             Q        How many impacts were there between

23      you and that vehicle?

24             A        I mean I was hit once, knocked down,

25      and then run over by the front and the back tires.

113

1                          T. Hartmann

2          Q       Did you actually see the front and

3    back tires run you over?

4          A       No, I did not.

5          Q       When you say you were hit once and

6    knocked down, what part of your body were you hit?

7          A       My legs.

8          Q       Which legs?

9          A       Both legs.

10         Q       And after that initial impact did you

11   fall to the ground?

12         A       Yes.

13         Q       Where did you fall to the ground?

14         A       On the sidewalk and grass area.

15         Q       When you say both legs were hit in

16   the first impact, what part of your legs, the

17   front, the knees, the back, something else?

18         A       Back of my legs, lower part of my

19   legs.

20         Q       When you were hit that first time in

21   your legs, were you moving?

22         A       Yes.

23         Q       Were you running?

24         A       Yes.

25         Q       What part of the vehicle came in

114

1                          T. Hartmann

2    contact with your legs?

3          A       I guess it was the front bumper. I'm

4    not sure.

5          Q       Where were you located when you were

6    struck?

7          A       I was on the grass, like up on the

8    curb, the grass from the curb.

9          Q       Did this happen in front of a home?

10         A       I imagine, yeah, I guess, there's

11   houses there.

12         Q       Were there sidewalks in that area?

13         A       Yes.

14         Q       When you were hit the first time and

15   knocked down, were you standing in the grassy area

16   between the sidewalk and the curb?

17         A       Yes.

18                      MR. HANSEN:  Note my

19                 objection to form, "standing."

20         A       I was running, yes.

21                      MS. O'NEILL:  Was that your

22                 objection, counselor?

23                      MR. HANSEN:  Yes. And also

24                 the form of the question.

25         Q       Well, when you were struck by the

115

1                      T. Hartmann

2    vehicle for the first time, where were you

3    positioned?

4          A      I was up on the curb, running, on the

5    grass of the curb. Because there's like curb and

6    then there's the grass, sidewalk, and then more

7    grass. I was on the grass.

8          Q      What direction were you facing?

9          A      I was facing south.

10         Q      Were you facing the direction of a

11   house or something else?

12         A      I mean from what I seen, yeah, it was

13   house.

14         Q      Can you describe the house that you

15   were facing?

16         A      No, I cannot.

17         Q      Do you know what color it was?

18         A      No.

19         Q      Where were you running to?

20         A      Away from the cops.

21         Q      Do you know what direction you were

22   running?

23         A      South.

24         Q      Do you know what side streets or

25   intersecting roadways are in the area of Allen

116

1                          T. Hartmann

2     Avenue where this incident took place?

3              A        No, I do not.

4              Q        If you were facing the house that was

5     near the area where you parked the car, were you

6     running to your left or to the right?

7              A        I don't understand it.

8              Q        You indicated that you parked your

9     car in front of a residence; is that correct?

10             A        I park it in the street. I'm not sure

11    if it was a resident's house. I mean, it's a

12    residential area.

13             Q        Were you running in a direction that

14    was away from your vehicle?

15             A        Yes.

16             Q        So as you were running was your back

17    towards your vehicle?

18             A        Yes.

19             Q        Where were you planning on running

20    to?

21             A        I don't know, to get away from the

22    cops.

23                          MS. O'NEILL:  Off the record.

24                          (Recess taken.)

25    BY MS. O'NEILL:

117

1               T. Hartmann

2        Q       In and around the area of Allen

3    Avenue, before you were struck by the vehicle, did

4    you make any threatening gestures with your hands

5    to indicate that you were carrying a weapon?

6        A       No, I did not.

7        Q       In that time on March 12, 2004, when

8    this incident occurred, were you carrying any guns

9    on your body?

10       A       No, I was not.

11       Q       Were you carrying any guns in your

12   vehicle?

13       A       No, I was not.

14       Q       Were you carrying any other sort of

15   weapon on your body or in your vehicle?

16       A       No, I was not.

17       Q       From the point when you left Brower

18   Avenue up until the point you came to a stop on

19   Allen Avenue, can you tell me the distance that you

20   traveled?

21       A       Possibly a mile.

22       Q       A mile, you said?

23       A       Approximately.

24               MS. O'NEILL:   Mark this

25               photograph (producing).

118

1                          T. Hartmann

2                              (Defendants' Exhibit B,

3                          photograph, was marked for

4                          identification.)

5          Q       I'm going to show you what's been

6    marked as Defendants' Exhibit B. Take a look at

7    that photograph.

8          A       Okay.

9          Q       Do you recognize your vehicle in that

10   photograph?

11         A       Yes.

12         Q       Does that photograph fairly and

13   accurately depict the area where you parked your

14   vehicle on Allen Avenue?

15         A       Yes, it does.

16         Q       Going back to the point where your

17   legs were struck by the car.

18         A       Yes.

19         Q       Was there any other impact between

20   you and the vehicle after that impact?

21         A       After my legs were struck?

22         Q       Yes.

23         A       Yes.

24         Q       Describe that impact.

25         A       Rolling over. The car rolled over me.

119

1                          T. Hartmann

2          Q          Did you actually see the car roll

3     over you?

4                                MR. HANSEN:   It's been asked

5                     and answered.

6          A          No, I did not see it. I felt it.

7          Q          How many wheels did you feel roll

8     over you?

9          A          I felt two.

10         Q          Can you estimate the speed with which

11    that vehicle rolled over your legs?

12         A          No, I could not.

13         Q          How was your body positioned when the

14    vehicle rolled over your legs?

15         A          On the ground.

16         Q          Were you face down, on your back, on

17    your side, or something else?

18         A          I don't recall.

19         Q          Approximately how long after your

20    legs were struck the first time did the rolling

21    over occur?

22         A          Instantly.

23         Q          Do you know where in relation to the

24    sidewalk and the grass and the curb, in that area,

25    your body was when the vehicle rolled over you?

120

1                       T. Hartmann

2          A       I mean I couldn't say, you know,

3   between grass and sidewalk. I saw concrete, felt

4   concrete, and the grass.

5          Q       In looking at the photograph marked

6   as Defendants' Exhibit B, are you able to identify

7   the area where you were when the vehicle rolled

8   over you?

9          A       I mean, I could -- up here, where

10  that blood is (indicating).

11         Q       Pointing to the area where there's a

12  bloody area.

13         A       Yes.

14         Q       Is that where you were positioned

15  when the vehicle rolled over you?

16         A       Yes.

17         Q       Were you actually on the sidewalk, on

18  the grass, or something else?

19         A       I mean, it's -- I was in between, I

20  guess, the grass and the sidewalk. I don't recall

21  exactly where I was when I was being rolled over. I

22  recall where I was hit.

23         Q       Did the vehicle roll over both your

24  legs, or one of your legs, or something else?

25         A       Both of my legs.

121

1                          T. Hartmann

2          Q        What part of your legs?

3          A        I guess it's going to be the knees

4     and the lower legs, the knees.

5          Q        Do you know for sure?

6          A        No, I do not.

7          Q        At any point when you were in the

8     vicinity of Allen Avenue did you hear any of the

9     officers tell you to stop?

10         A        No, I did not.

11         Q        At any point when you were in the

12    area of Allen Avenue did you hear any of the

13    officers tell you to raise your hands?

14         A        No, I did not.

15         Q        In the vicinity of Allen Avenue, did

16    you ever hear the officers tell you to show your

17    hands?

18         A        No, I did not.

19         Q        Approximately how far were you from

20    your vehicle when you were struck for the first

21    time?

22         A        Approximately 15 feet.

23         Q        Looking again at Defendants' Exhibit

24    B, can you tell me the area that you were when you

25    were struck the first time?

122

1                    T. Hartmann

2         A         Approximately right about here

3    (indicating).

4         Q         Pointing to the area where the blood

5    is --

6         A         Exactly.

7         Q         But were you in and around the area

8    of the grass that's in front of that bloodstain or

9    something else?

10        A         I really, you know, I can't say.

11                       MR. HANSEN:   She wants to

12                  know if you were by the curb, on.

13        A         I was on top of that curb. Yes, I was

14   in the grass then when I initially got hit.

15        Q         See in the photograph there is a

16   yellow marker there?

17        A         Yes.

18        Q         You see the area where the yellow

19   marker is?

20        A         Yes.

21        Q         Where were you in relation to that

22   yellow marker when you were struck the first time?

23        A         I was approximately up on the curb,

24   right here, where the grass mark is (indicating).

25        Q         Are you indicating behind the yellow

123

1                          T. Hartmann
2    marker?
3         A       Yes.
4         Q       And on the curb, right?
5         A       Yes.
6         Q       Looking at this photograph again, can
7    you tell me what direction you were running?
8    There's a red house depicted in the photograph,
9    there's a blue house depicted in this photograph.
10   Can you tell from this photograph what direction
11   you were running?
12        A       Yes.  I was running towards them
13   houses.
14        Q       Toward which house?
15        A       I guess on the grass up here, I guess
16   south.
17        Q       Running towards the red house, the
18   blue house, or something else?
19        A       In between them, up that way, yes. I
20   mean, I wasn't purposely running towards a blue or
21   red house. I was just running up that way, in that
22   direction.
23        Q       Did you lose consciousness at any
24   point where you were struck by the vehicle?
25        A       Yes, I did.

124

1                        T. Hartmann

2          Q        At what point?

3          A        I don't -- I mean -- I was in and out

4    of consciousness. I lost it and regained it and

5    lost it.

6          Q        Were you conscious when the vehicle

7    rolled over your legs?

8          A        Yes.

9          Q        Did you feel pain to any part of your

10   body after the impact?

11         A        Yes, I did.

12         Q        What parts of your body?

13         A        My legs.

14         Q        Anyplace else?

15         A        No, I did not.

16         Q        Did you make any observation of

17   whether there was blood leaving any part of your

18   body?

19         A        No, I did not.

20         Q        Did you have any conversations with

21   the police officers after you were struck?

22         A        No, I couldn't recall.

23         Q        Did any other police officers arrive

24   at the scene?

25         A        I mean -- not that I recall.