Exhibit 5

1

ORIGINAL

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ------------------------------------------X
   THOMAS HARTMAN,

4
                                    PLAINTIFF,
5
                              Docket No.:
6                             04CV1784(ILG)(CLP)

7              -against-

8  THE COUNTY OF NASSAU, NASSAU COUNTY POLICE
   DEPARTMENT, POLICE OFFICER KARL N. SNELDERS,
9  POLICE OFFICER MICHAEL KNATZ, DEPUTY INSPECTOR
   ROBERT TURK, LIEUTENANT THOMAS ZAMOJCIN,
10 POLICE OFFICER "JOHN" SMITH, POLICE OFFICER
   "JOHN" BRADY, DETECTIVE BARRY O. FRANKLIN,
11 POLICE OFFICER THOMAS O. McCAFFREY and "JOHN
   and JANE DOES 1-15" representing as yet Unknown
12 and Unidentified Police Officers,

13                               DEFENDANTS.
   ------------------------------------------X

14

15                      DATE: September 1, 2005

16                      TIME: 9:45 a.m.

17

18            EXAMINATION BEFORE TRIAL of a

19  Non-Party Witness, JAMIE FLORIO, taken by the

20  Respective Parties, pursuant to a Subpoena, held

21  at the offices of DANIEL J. HANSEN, ESQ.,

22  233 Broadway, New York, New York 10007, before

23  FRANCINE DELFINO, a Notary Public of the State

24  of New York.

25

1

2     A P P E A R A N C E S:

3

4

5         DANIEL J. HANSEN, ESQ.
              Attorney for the Plaintiff
6              233 Broadway
               New York, New York 10007
7

8

9         NASSAU COUNTY
          OFFICE OF THE COUNTY ATTORNEY
10            Attorneys for the Defendants
              One West Street
11            Mineola, New York 11501
              BY: BETHANY O'NEILL, ESQ.
12                and
              BY: JOSEPH ANCI, ESQ.
13

14

15              *           *           *

16

17

18

19

20

21

22

23

24

25

1

2

3       F E D E R A L    S T I P U L A T I O N S

4

5

6               IT IS HEREBY STIPULATED AND AGREED

7    by and between the counsel for the respective

8    parties hereto, that the filing, sealing, and

9    certification of the within deposition shall

10   be and the same are hereby waived;

11

12              IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to the form

14   of the question, shall be reserved to the times

15   of the trial.

16

17              IT IS FURTHER STIPULATED AND AGREED

18   that the within deposition may be signed before

19   any Notary Public with the same force and effect

20   as if signed and sworn to before this court.

21

22

23              *     *     *     *

24

25

 1

 2    J A M I E   F L O R I O,  called as a witness,

 3    having been first duly sworn by a Notary Public of

 4    the State of New York, was examined and testified

 5    as follows:

 6    EXAMINATION BY

 7    MR. HANSEN:

 8         Q.    Please state your name for the record.

 9         A.    Jamie Florio.

10         Q.    Where do you reside?

11         A.    445 Allen Avenue, Oceanside, New York

12    11572.

13         Q.    Miss Florio, my name is Daniel Hansen.

14    I represent Mr. Thomas Hartman in connection with

15    an incident that occurred back in March of 2004 at

16    or near your home on Allen Avenue.

17              I will ask you some questions about

18    what you may have seen on that day and your

19    knowledge about the area where you live and the

20    incident that occurred that involved Mr. Hartman

21    and some Nassau County police officers.

22              I will ask that you keep all of your

23    responses verbal because the Court Reporter that's

24    sitting next to us can't take down head nods or

25    shrugs or things like uh-hu or uh-hu.  Okay?

```
 1                         J. FLORIO
 2         A.     Yes.
 3         Q.     You were served a subpoena to be here
 4    today?
 5         A.     Yes.
 6         Q.     Is that why you're here?
 7         A.     Yes.
 8         Q.     Let's talk about March of 2004 for a
 9    minute.  Where were you living then?
10         A.     At that address.
11         Q.     At 445 Allen Avenue?
12         A.     Yes.
13         Q.     Who do you live there with?
14         A.     My parents and brother.
15         Q.     What are your parents' names?
16         A.     John Florio.  That's my dad.
17         Q.     And your mom?
18         A.     Ginger or Virginia is her name.
19    Florio.
20         Q.     And your brother?
21         A.     John also.
22         Q.     How old is your brother?
23         A.     Twenty-four or twenty-five.  I don't
24    know.
25         Q.     How old are you?
```

```
 1                         J. FLORIO

 2          A.    Twenty-two.

 3          Q.    What's your date of birth?

 4          A.    5/15/83.

 5          Q.    And your Social Security number?

 6          A.    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.

 7          Q.    How long have you lived over there at

 8   445?

 9          A.    Nineteen years.

10          Q.    Is your brother still living there?

11          A.    Yes.

12          Q.    Did he live there in March of 2004?

13          A.    Yes.

14          Q.    Is he a police officer?

15          A.    Yes.

16          Q.    He works in the City?

17          A.    Yes.

18          Q.    What precinct?

19          A.    The 101st.

20          Q.    He works in Rockaway?

21          A.    Yes.

22          Q.    How long has John been a police

23   officer?

24          A.    Probably like three years.

25          Q.    What about your dad, was your dad a
```

```
 1                    J. FLORIO
 2    police officer?
 3         A.      Yes, Garden City.
 4         Q.      How long has your dad been at
 5    Garden City; a long time?
 6         A.      Yes, probably like fifteen years.
 7         Q.      Where was your dad before he was with
 8    Garden City; was he with the City, with the County?
 9         A.      He worked at the jail.  I'm not sure
10    where.
11         Q.      In the sheriff's office or the County
12    jail?
13         A.      I think it was the County jail.
14         Q.      It wasn't Riker's or something like
15    that?
16         A.      No.
17         Q.      Does your mom work?
18         A.      She's a waitress.
19         Q.      Let's talk about the incident that
20    occurred at or near your house back in March of
21    2004.  At some point in time did you give a
22    statement to a detective?
23         A.      Yes.
24         Q.      I will show you what's been marked
25    Plaintiff's Exhibit 1 last week on August 24.  Can
```

14

J. FLORIO

1

2      A.      I guess.

3      Q.      Did you sign this statement?

4      A.      Yes.

5      Q.      Tell me the process of giving this

6   statement, how did that work?  Did you write it

7   out, did he write it out, did he ask you questions,

8   did you tell him what you saw?  How did that work

9   out?

10      A.      I just pretty much told him what I

11   remembered.

12      Q.      As you were speaking was he writing?

13      A.      Yes.

14      Q.      How many drafts of this statement did

15   he write, one, more than one?

16      A.      This one.

17      Q.      Did you sign this statement?

18      A.      Yes.

19      Q.      I see a little star at the bottom of

20   the statement.  Is that your signature next to the

21   star?

22      A.      Yes.

23      Q.      Before you signed it did you read it?

24      A.      Yes.

25      Q.      That has some writing underneath where

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

J. FLORIO

1

2    you signed.  Do you know whose writing that is?

3         A.    No.

4         Q.    Do you have any memory or any knowledge

5    of what happened on March 12, 2004 other than

6    what's written in this statement?

7         A.    No.

8         Q.    Let me ask you about that.  At that

9    point in time were you at home?

10        A.    Yes.

11        Q.    What were you doing that the point in

12   time; were you a student, were you working or

13   something else?

14        A.    Working and going to school.

15        Q.    Where were you working?

16        A.    I work at Nine West.  It's a shoe

17   store.

18        Q.    Which one?  Where is it located?

19        A.    In Oceanside.

20        Q.    You are still working there?

21        A.    Yes.

22        Q.    And you are a student?

23        A.    Yes.

24        Q.    Where are you a student?

25        A.    Hofstra University.

16

1                           J. FLORIO

2          Q.      Let's talk about March 12, 2004 for a

3    bit.  You were home that night?

4          A.      Yes.

5          Q.      Where were you at or about 5:00 that

6    night; were you in the house at 445, were you

7    outside, were you walking your dog?  What were you

8    doing?

9          A.      I was inside.

10         Q.      Where inside you house were you?

11         A.      In my room.

12         Q.      In relation to the house, where is your

13   room?

14         A.      It's upstairs.

15         Q.      Is it in the front of the --

16         A.      The front of the house.

17         Q.      At some point in time did you hear

18   something?

19         A.      Yes.

20         Q.      What did you hear?

21         A.      Like a car screeching.  I don't really

22   remember what else.

23         Q.      Did you hear any voices?

24         A.      Yes.

25         Q.      What were they saying?

1                          J. FLORIO

2          A.      I have no idea.  I don't remember.

3          Q.      Did you hear anybody identifying

4     themselves as police officers?

5          A.      No.

6          Q.      Did you hear any threats being made?

7          A.      I don't remember.

8          Q.      Did you hear anyone making any

9     reference to any gun or being shot or shoot?

10         A.      No, I don't remember.

11         Q.      When you heard these sounds where were

12    you within your room?

13         A.      Well, at that point I went to the

14    window toward the front of the house.

15         Q.      What did you see?

16         A.      I don't know.  I don't really remember

17    a lot.  Just cars kind of --

18         Q.      Let's go a little at a time.  Did you

19    see a dark colored Lexus SUV?

20         A.      Yes.

21         Q.      I will show you some pictures.  Would

22    that help you if I had some pictures for you?

23         A.      Yes.

24         Q.      I will show you what's been marked as

25    Plaintiff's Exhibit 21 back on May 18, 2005.  Do

```
 1                       J. FLORIO
 2    you recognize the scene that's shown in that
 3    photograph?
 4         A.     Yes.
 5         Q.     What is that?  What location is that?
 6         A.     That's my house right there.
 7         Q.     Which is your house?
 8         A.     Right here (indicating).
 9         Q.     I will ask you to take this pen and put
10    an F for Florio on your house and with your
11    initials next to it.
12         A.     (Complying.)
13         Q.     Why don't you try it again.
14         A.     (Complying.)
15         Q.     So your house is the house with the
16    gray roof on the right side of that photograph?
17         A.     Yes.
18         Q.     The window that's shown within that
19    photograph on the second floor, is that your room?
20         A.     Yes.
21         Q.     How many rooms are there upstairs?
22         A.     Two.
23         Q.     Your room is the one in the front,
24    where is the second room?
25         A.     It's like on the other side, it would
```

```
 1                    J. FLORIO

 2    be over here (indicating).

 3          Q.     To the right of the photo?

 4          A.     Yes.

 5          Q.     Is that what you mean?

 6          A.     Yes.

 7          Q.     Did you see the Lexus SUV in the photo?

 8          A.     Yes.

 9          Q.     Is that the position it was in when you

10    looked out your window?

11          A.     I think so.

12          Q.     I will show you a whole bunch of

13    pictures and I will ask that you take a look and

14    tell me which of these photos best depict the scene

15    that you saw that night.

16          A.     (Complying).

17          Q.     Just pick out the one or two or three

18    that best depict the scene, from what you could see

19    that night.

20          A.     (Complying.)

21          Q.     This one here?

22          A.     I guess, that's more of the angle I saw

23    it from, but not exactly.

24          Q.     So what you picked out is Plaintiff's

25    Exhibit 17, that was marked back on May 18.  Is
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

20

```
1                        J. FLORIO
2    that right?
3         A.     Yes.
4         Q.     Did you see the Lexus SUV that evening?
5         A.     Yes.
6         Q.     Was it in the same position where it's
7    shown in this photograph?
8         A.     I'm not sure.
9         Q.     The vehicle, do you see the vehicle
10   that's up on the grass?
11        A.     Yes.
12        Q.     When you first looked out your window,
13   where was that car?
14        A.     I don't remember.
15        Q.     Was it in the street or on the lawn,
16   the grass?
17        A.     In the street.
18        Q.     Was it moving?
19        A.     When I first saw it they were both
20   still driving.
21        Q.     You saw them both pull up?
22        A.     Yes.
23        Q.     Did you see the driver of the SUV?
24        A.     I don't remember.
25        Q.     Did you see somebody get out of the
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

21

1                          J. FLORIO

2    SUV?

3         A.      I don't really remember.

4         Q.      Did you see anybody get out of the car

5    that's now up on the lawn?

6         A.      I remember they were both out.  I don't

7    remember seeing them really get out or -- I can't

8    really picture it.

9         Q.      When they were both out, could you

10   describe what each of the people were wearing?

11        A.      I don't remember.

12        Q.      Was it two or more than two people that

13   were out?

14        A.      I think it was two.  I'm not really

15   sure.

16        Q.      Were they running?

17        A.      I don't know.

18        Q.      Do you know if there was a chase, if

19   one person was chasing the other?

20        A.      I couldn't really tell.  I couldn't

21   tell who was who at the time really.

22        Q.      What were these people doing when you

23   saw them?  You can look at your statement, if you

24   want.

25        A.      I don't remember.  It's pretty much --

22

```
 1                    J. FLORIO
 2    I just remember people running around the cars.
 3         Q.     Did you see any threats being made?
 4                MS. O'NEILL:  Note my objection to
 5         form.
 6         Q.     Did you hear or see anybody threatening
 7    anybody?
 8         A.     I don't remember.
 9         Q.     In your statement did you write about
10    any threats being made by anybody, by any police or
11    anybody else that was involved?
12         A.     No.
13         Q.     Did Detective DiMartinez or the other
14    detective that was with him ask you if you heard or
15    saw any threats being made?
16         A.     Yes, they asked, but I didn't remember.
17         Q.     This statement was given less than a
18    week after the incident?  The incident was March
19    21, the incident was dated March 21, so six days?
20         A.     Yes.
21         Q.     So you were asked specifically by the
22    detective if you saw or heard any threats being
23    made?
24         A.     I don't know if that's what they asked.
25         Q.     In general, is that what they asked
```

```
1                    J. FLORIO

2     you?

3         A.     I don't think so.

4         Q.     What did they ask you?

5         A.     I don't know.  I don't know if they

6     really asked me anything.

7         Q.     Did they ask you anything at all?

8         A.     I don't really remember.  It's over a

9     year ago.

10        Q.     Everything that you remembered, though,

11    back on the 21st, is that what you told them,

12    everything that you remembered about that incident?

13        A.     Yes.

14        Q.     Did you leave anything out?

15        A.     No.

16        Q.     Was there anything blocking your view

17    of what was happening in the street?

18        A.     Not really, no.

19        Q.     Were you ever asked to give any

20    testimony at any courts or any proceedings other

21    than today's deposition?

22        A.     No.

23        Q.     Did you ever speak to Detective

24    DiMartinez after you gave him the statement or

25    after you signed the statement?
```

24

```
1                    J. FLORIO
2        A.    No.
3        Q.    Let's talk about your statement for a
4   bit.  Did you see the man get hit by the car?
5        A.    Yes.
6        Q.    Where was he when he got hit?
7        A.    On the lawn.
8        Q.    What was he doing when he got hit?
9        A.    I don't remember.
10        Q.    Was he walking, running, something
11   else?
12        A.    I don't remember.
13        Q.    Do you know how he got up on the lawn?
14        A.    No.
15        Q.    Did you see a police officer or car
16   chase him to the lawn?
17        A.    I don't remember.
18        Q.    When you first looked out your window
19   and you saw the men where were they; were they in
20   the street?
21        A.    When I first saw them driving and then
22   at some point got out of the car.  I don't
23   really -- I can't really picture it all.
24        Q.    Did you see any running around when
25   they were in the street?
```

```
 1                        J. FLORIO
 2        A.      I saw them running around, yes.
 3        Q.      Did you actually see the man get hit by
 4   the car?
 5        A.      Yes.
 6        Q.      What happened when he got hit by the
 7   car?  Did he go down?
 8        A.      Yes.
 9        Q.      Did you see the car go over him?
10        A.      I think the front tire and then at that
11   point I had gone downstairs, once I saw him get
12   hit.
13        Q.      Was he facing toward the car or away
14   from the car when he got hit?
15        A.      I don't remember.
16        Q.      About how fast was the car going when
17   it hit him?
18        A.      Not fast.  I'm not really sure.  It
19   wasn't speeding over him, it just kind of like
20   bumped him.
21        Q.      Do you know what part of his body it
22   went over?
23        A.      His leg.
24        Q.      Did he say anything when it went over
25   his leg?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                        J. FLORIO

 2         A.      I don't remember.

 3         Q.      The other man that you saw outside the

 4    car, where was he when this person was hit?

 5         A.      I don't really know.

 6         Q.      At the time the man was hit was he

 7    moving?

 8         A.      I don't remember.

 9         Q.      Was he just standing still when he got

10    hit by the car?

11         A.      I don't know.

12         Q.      Do you know what he was wearing?

13         A.      It says in here, I guess he was wearing

14    a blue sweatshirt.  I can't picture it.

15         Q.      Let's talk about your statement.  Can

16    you look at it.

17         A.      (Complying.)

18         Q.      What was written for you and what you

19    signed, in the middle of the statement, you see

20    where it says, "the blue sweatshirt man then went

21    back to the front of the Lexus."  Do you see that?

22         A.      Yes.

23         Q.      And then you see it says, "I then see

24    the police car start moving."  Do you see that?

25         A.      Yes.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                    J. FLORIO
 2        Q.      Is that what you saw that night?
 3        A.      I don't remember.
 4        Q.      And then it says -- there's an "I"
 5   that's crossed out and then it says, "the police
 6   car moved in the direction of the front of the
 7   Lexus."  Do you see that?
 8        A.      Yes.
 9        Q.      So you saw the police car move from
10   the --
11        A.      I think it went around.
12        Q.      Went around the front of the Lexus.
13        A.      I don't remember.  At this time it to
14   went around that way.
15        Q.      Was he running away, from what you
16   could tell?
17        A.      I don't remember.  It didn't seem
18   like --
19        Q.      "I saw the police car strike the guy in
20   the blue sweatshirt in the legs."  Do you see that?
21        A.      Yes.
22        Q.      Is that what you saw?
23        A.      Yes.
24        Q.      The man in the blue sweatshirt, did he
25   go right down when he was struck?
```

```
1                        J. FLORIO

2        A.      Yes.

3        Q.      Did that bump take place in the area

4   where the X was or could it have happened somewhere

5   else?

6        A.      It was on the grass.  I remember that.

7   Just on the grass.  I don't think it was in the

8   street.

9        Q.      What makes you think it was on the

10  grass?

11       A.      That's what I remember seeing.

12       Q.      Was it closer to the grass to the right

13  of the X where the curb line is?

14       A.      I don't remember.

15       Q.      Do you remember at all the where on the

16  grass the first impact took place?

17       A.      No.

18       Q.      The statement indicates, "I could see

19  the guy in the blue sweatshirt still yelling, arms

20  waving and pointing at the gray sweatshirt."  Do

21  you recall seeing the man in the blue sweatshirt

22  yelling?

23       A.      I can't really remember now.

24       Q.      Is that something that is contained

25  within your statement to the police officer?
```