**Exhibit 8**




## Forensic Medical Consulting

Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

August 7, 2006

Daniel J. Hansen, Esq.
Attorney at Law
Woolworth Building
233 Broadway, Fifth Floor
New York, NY 10279

Re: **Thomas Hartmann vs. County of Nassau**

### MEDICAL REPORT

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2):

I.  **THE DATA AND OTHER INFORMATION CONSIDERED IN FORMING THE OPINIONS:**

Pursuant to your request, I have reviewed the following materials:

1. All Medical Records and Films from Nassau University Medical Center. [3/12/04 – 4/09/04 and 04/09/04 – 05/14/04].
2. Two Ambulance Call Reports from the EMS and the EMS Helicopter Unit.
3. Excerpts of the Transcripts of the Deposition of Mr. Hartmann.
4. Excerpts of the Transcripts of the Deposition of the Driver of the Police Vehicle, Officer Karl N. Snelders..
5. Excerpts of the Transcripts of the Deposition of the Second Police Officer at the Scene, Officer Michael Knatz. .
6. Duplicates of the photographs showing the Scene of the Incident, as marked and notated by Officer Snelders and Officer Knatz.
7. The Disclosure and Report of Defense Accident Reconstruction Expert, Richard Hernance.
8. The Disclosure and Report of Plaintiff Accident Reconstruction Expert, George Ruotolo.
9. Scene Diagram by NCPD Crime Scene Unit.
10. Deadly Force Report by Department Inspector Turk.
11. District Court Informations and Grand Jury Indictment.
12. Arrest Records and Reports.

Lone Thanning, M.D.
148 Huntington Bay Road
Huntington, NY 11743

Re:  Thomas Hartmann vs. County of Nassau

## MEDICAL REPORT

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

13. Plaintiff's Answers to Interrogatories, First Set, Supplement to First Set and Second Supplement to Second Set.

### IIa.   BASIS AND REASONS FOR OPINIONS:

Based upon all of the above, as well as my background, education, training and experience as a Board Certified Diplomate of Anatomic Pathology, Forensic Pathology, Forensic Examination and Forensic Medicine; and, furthermore, as former Chair and Chair Emeritus of the American Board of Forensic Medicine, Faculty Director of Forensic Examination, Touro College School of Health Sciences, Assistant and Deputy Medical Examiner; Currently Chief Medical Examiner of Rockland County Office of the Chief Medical Examiner; a Police Surgeon Life Fellow and Advisory Board Member of the International Society of Police Surgeons, Director of Forensic Medical Consulting, and an Associate Professor of Forensic Examination; I have arrived at the following:

### IIb.   CASE SUMMARY:

On March 12, 2004, a then 35 year old man, Mr. Thomas Hartmann was a pedestrian intentionally struck and knocked down, then run over by a Nassau County Police Vehicle (BSO#: 921) during a pursuit. This reportedly took place near the curb of the road in front of 454 Allen Avenue, Oceanside.

An Ambulance and a Helicopter were called to the scene by the Nassau County Police Officers involved in the pursuit. The call was received at 16:59 hours = 4:59 p.m. The Ambulance was at the scene at 17:03 hours. The Helicopter arrived at 17:09. Mr. Hartmann was transferred to Nassau University Medical Center, (NUMC), where he arrived at 18:30 hours. Mr. Hartmann's chief complaint was that of leg pain. He was assessed by EMS at the scene to have "compound fractures to the right tibia and fibula bones with a large avulsion. He also had fractures to his left leg, likewise, below the knee.

Upon his arrival to NUMC, Mr. Hartmann was admitted with Diagnoses of:

1. Right open Tibia/Fibula Fractures, and
2. Left closed Tibia/Fibula Fractures.

2

Re: Thomas Hartmann vs. County of Nassau

## MEDICAL REPORT

## DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

Both comminuted.

The latter was complicated by a left foot drop diagnosed on 4/20/2004 by Electromyographic Studies to represent severe damage to the left peroneal nerve below the short head of the biceps muscle. There was lesser damage to the (left) Tibial Nerve at the level of the bony fractures. The nerve/muscle studies also suggested a left sided lumbar spine #4-5 Radiculopathy (Nerve Compression).

During his hospital admission, Mr. Hartmann underwent multiple surgeries:

1. Open Reduction with Internal Fixation (ORIF) of the left Tibia Fracture. [3/12/04].
2. Right Above the Knee Leg Amputation. [4/5/04]. (After External Fixation and Drainage were unsuccessful).
3. Multiple Incisions with Drainage Procedures, Debridements, and Fasciotomy of massive open wound of right leg.

Mr. Hartmann had no significant past Medical History, except for surgery for fractures of both legs, previously, following a motor vehicle accident 16 years prior. His current pain management following the 03/12/04 incident included:

1. Percocet p.r.n.
2. Neurontin.
3. Motrin (for right leg stump pain).
4. Restoril (for insomnia).
5. Depalcate (for emotional anguish).
6. Darvon, and
7. Morphine Sulphate.

Mr. Hartmann was diagnosed with Bipolar Disease/Impulse Disorder (4/27/04). [Rehabilitation Team Conference Note]. He also suffered Atrial Fibrillation, post-operatively. (A Cardiac Arrhythmia). On 04/09/04, Mr. Hartmann was discharged to Rehabilitation Center.

3

Re:  Thomas Hartmann vs. County of Nassau

## MEDICAL REPORT

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

**INJURY ANALYSIS:**

The injury pattern, extent and location as it appears on the scene photographs compared with numerous x-rays and CT-films of the lower extremities, suggest the following dynamics of the impact:

Initial impact occurred between the front right quarter panel/bumper of the Chevy Lumina Police Vehicle and the lateral aspect of Mr. Hartmann's left lower leg. The directionality is from outer to inner, or lateral to medial; and the level of the impact is just above the mid-portion of the lateral shin. This fairly low, so-called "bumper" impact is, in fact, most consistent with a bumper knock down by the right side bumper. Although little or no evidence is visible in the vehicle photographs of indentation to this area; such bumper impact is more likely to push a pedestrian slightly forward and to the right side of the vehicle (as indicated by the driving Officer, Karl Snelders, in his Deposition marking of the photograph, vs. a knock down by the front aspect (bumper) of the vehicle.

Since Mr. Hartmann's weight-bearing left leg at the moment of impact has no symmetrical pattern of counter injury to the right leg; this establishes the following:

1. The left lateral leg impact did not carry through to the opposite leg consistent with a low speed impact. (= +/- 15 mph), with limited momentum of forces.

2. The right leg may have had minor injury to the upper most portion of the shin several inches above the left sided injury; but obscured by the massive "crushing" injury to the right intra-articular knee and infra-patellar area. The very complex pattern of fractures to this area clearly resulted from the subsequent right leg tire roll-over with associated massive soft tissue avulsion. In either event, a running scenario is likely:

With the lesser injury to the upper right shin bone with tibial plateau fracture most likely occurring on initial knock-down impact; then this would confirm that Mr. Hartmann was running away from the police vehicle, which upon turning sharply rightward now would confront Mr. Hartmann's left side. As Mr. Hartmann is then knocked down forward and to the right, relative to the police vehicle's driving direction; he falls to the ground landing on his right side/to posterior right side as per the Officer's testimony (Knatz and Snelders, respectively). In other words, being pushed and knocked down following the direction of the forward and right turning

4

Re:  Thomas Hartmann vs. County of Nassau

## MEDICAL REPORT

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

vectors of the vehicle. Mr. Hartmann would be expected to impact precisely in the location and position, as indicated above.

In this (grounded) position and location, walkway/grass off the roadside curb, Mr. Hartmann is run-over by the right tire(s) of the vehicle, crushing his right knee and uppermost sections of his right shin bones. The associated pool of blood on the walkway concrete results from the open fractures and soft tissue tears caused by the roll-over and would not typically be produced at the scene of closed, knock-down fractures alone.

### PAIN AND SUFFERING EVALUATION:

Although Mr. Hartmann himself describes he was a little "in-and-out" of conscious awareness initially at the scene, he is consistently recorded to have a fully intact sensorium, being alert, awake and speaking as per EMS with a top score on the Glascow Coma Scale of 15 at 17:15, 17:22, and 17:25 hours.

Innumerable entries in the NUMC Medical Records describes the pain assessments, complaints and medications administered for the physical pain, inflammatory discomfort, nausea, fear, constipation, emotional anguish, anxiety and insomnia Mr. Hartmann endured as a result of his injuries, multiple operations and rehabilitation.

A left drop foot from left hip and lower leg (peroneus) nerve damage is a major debilitating factor in this young man who is now a right leg amputee! Permanent disfigurement and major trouble with ambulation are the inevitable consequences of these injuries.

**III.   OPINIONS TO BE RENDERED:**

All opinions are stated to a reasonable degree of medical certainty. Testimony in circumstances and further information presented to me before or at trial, and including my response to posed hypothetical theories might provide greater latitude in my rendering further opinions.

**IV.   EXHIBITS TO BE USED AS A SUMMARY OF OR SUPPORT FOR OPINIONS:**

To be determined.

5

Re: Thomas Hartmann vs. County of Nassau

## MEDICAL REPORT

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF PROCEDURE RULE 26 (a) (2) (CONT.):

V. QUALIFICATIONS, INCLUDING A LIST OF ALL PUBLICATIONS AUTHORED BY ME WITHIN THE PRECEDING 10 (TEN) YEARS: SEE ATTACHED CURRICULUM VITAE.

VI. THE COMPENSATION TO BE PAID FOR THE STUDY AND TESTIMONY: SEE ATTACHED FEE SCHEDULE.

VII. A LISTING OF ANY OTHER CASES I TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEDING 4 (FOUR) YEARS: SEE ATTACHED LISTING.

Respectfully Submitted,

*[signature]*

LONE THANNING, M.D., F.C.A.P.,
FACFE, DABFM
FORENSIC PATHOLOGIST

LT:dg
PC90-09

6

## CURRICULUM VITAE

**PERSONAL DATA:**

| | | |
|---|---|---|
| **Name:** | | Lone Thanning, M.D., F.C.A.P., DACFE, DABFM<br>Board Certified: Anatomic and Forensic Pathology,<br>Forensic Medicine and Forensic Examination. |
| **Address:** | Primary: | 148 Huntington Bay Road<br>Huntington, NY 11743 |
| | Secondary: | P.O. Box 426<br>Piermont, NY 10968 |
| **Citizenship:** | | United States |
| **Date of Birth:** | | May 6, 1953 |
| **Place of Birth:** | | Greve, Denmark |

**EMPLOYMENT:**

1989 - Present: **Director, Forensic Medical Consulting of New York, P.C.**
Anatomic and Forensic Pathologist Practice.
[Incorporated April 2006].

April 1, 2003 - **Chief Medical Examiner,**
Present: Office of Chief Medical Examiner,
Rockland County, New York.

August 1, 2002: **Forensic Pathologist Consultant,**
Office of Chief Medical Examiner, Rockland County, New York.

January 1994 – **Acting Assistant Medical Examiner**
September 1994: Office of the Medical Examiner, Onondaga County, New York.
Locum Tenens Position. In charge of 24 hour operation of
Medical Examiner's Office. Population: 800,000.

July 1987 – **Deputy Medical Examiner Forensic Pathologist**
August 1993: Office of the Medical Examiner, Nassau County, New York.
Population: 1,500,000.

LONE THANNING, M.D.
Curriculum Vitae

2

## PROFESSIONAL TRAINING:

| | |
|---|---|
| 7/86 - 6/87: | Fellowship in Forensic Pathology, Office of the Medical Examiner, Nassau County, New York.<br>**A.C.G.M.E. - ACCREDITED PROGRAM** |
| 7/83 - 6/86: | Resident Physician in Anatomic Pathology, State University of New York at Stony Brook.<br>**Chief Resident, 7/1/85 - 6/30/86.**<br>**A.C.G.M.E. - ACCREDITED PROGRAM** |
| 3/82 - 6/83: | Resident Physician in Internal Medicine, Amtssygehuset, Maribo, Denmark.<br>**Chief Resident and Attending Physician 11/1/82 - 6/30/83.** |
| 3/80 - 2/82: | Mixed Medical Intern and Resident Physician, University of Copenhagen. Affiliated Hospitals, Denmark and Sweden.<br>**National Health Department of Denmark Accredited Program.** |

## EDUCATION:

| | |
|---|---|
| 9/72 - 1/80: | **Medical School, University of Copenhagen, Denmark.**<br>All Clinical Training received at The Royal National Institute of Health.<br>**Degree: Medical Doctor.** |
| 8/69 - 6/72: | Roskilde Kommunale Gymnasium, Denmark.<br>**Degree: University-prep Degree.** |

## CERTIFICATES:

**NATIONAL MEDICAL SPECIALTY BOARDS:**

| | |
|---|---|
| **ABP**<br>**AMERICAN BOARD**<br>**OF PATHOLOGY:** | **Board Certified Diplomate, Anatomic Pathology**<br>**Board Certified Diplomate, Forensic Pathology.**<br>Issued: June 1993. |
| **ACFE**<br>**AMERICAN COLLEGE OF**<br>**FORENSIC EXAMINERS:** | **Board Certified Diplomate, Forensic Examiner, (DACFE).** Issued: May, 1995.<br><br>**Board Certified Diplomate, Forensic Medicine, (DABFM).** Issued: September, 1995. |

LONE THANNING, M.D.
Curriculum Vitae                                                      3

## CERTIFICATES (cont.):

**FLEX CERTIFICATION:**       Parts I and II of II
National Medical Board        Issued: September, 1985.
of USA Equivalent

**V.Q.E. CERTIFICATION:**     Certificate Number: 341-150-1
Visa Qualifying Examination   Issued: October, 1983.

**E.C.F.M.G. CERTIFICATION:** Certificate Number: 341-150-1
Educational Commission of     Issued: May, 1982.
Foreign Medical Graduates

**LICENSES:**    Medical License, Unrestricted, to Practice Independently as a Physician in the:

State of New York:   License #: 167182-1.
                     Issued: July, 1986

State of Florida:    License #: 55030.
                     Issued: February, 1989
                     Status: Inactive.

Countries of Scandinavia, European Economic Community, Greenland, and the Faroe Islands:
                     License #: 060553-0958
                     Issued: October, 1982.

## LANGUAGES:

Fluent in Written and Spoken:   Danish, English, Swedish, Norwegian, French and German.

## PROFESSIONAL SOCIETIES:

1) Fellow - College of American Pathologists (F.C.A.P.). ID#: 0701990.

2) Life Fellow - American College of Forensic Examiners (FACFE-Life).

3) Member United States and Canadian Academy of Pathology, Inc.

4) Member New York Society of Medical Jurisprudence.

5) Subs. Member National Association of Medical Examiners.

LONE THANNING, M.D.
Curriculum Vitae

4

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| Touro International College, School of Health Sciences Appointed 2000 | **PROGRAM DIRECTOR** Head of Faculty, Forensic Examination, and Associate Professor. |
| American College of Forensic Examiners | **CHAIRMAN** The American Board of Forensic Medicine. Executive Board of Medical Advisors (ABFM). 1997 Term of Office. 1998 Term of Office (Re-appointed). 1999 Term of Office (Re-appointed). **CHAIR EMERITUS** The American Board of Forensic Medicine. 2000 Term of Office. 2001 Term of Office (Re-appointed). |
| American Academy of Thermology 1999: | Conference Faculty Member Faculty Member. |
| ACFE 1996 - 1999: | Conference Faculty Member American College of Forensic Examiners. |
| American College of Forensic Examiners | Member, Executive Board of Advisors for Professional Standards (ACFE). 1998 Term of Office. |
| International Society of Police Surgeons (ISPS): 1997-Present | Member, Executive Advisory Board for the International Society of Police Surgeons (ISPS). Life Fellow, Police Surgeon, ID Badge #: 485. |
| ACFE | Chairman, Continuing Education Subcommittee, (ABFM), 1998 and 1999 Term of Office. |
| ACFE 12/14/96 – 12/99: | Member, Editorial Board of Advisors, The American College of Forensic Examiners. |
| ABFM 9/14/95 - 12/14/96: | Member of the Executive Board of Advisors for Professional Standards. The American Board of Forensic Medicine. |
| New York State University (SUNY at Stony Brook). 2/87 - 11/93: | Faculty Appointment as Clinical Instructor, Department of Pathology, (Teaching of Medical Students and Residents). |

LONE THANNING, M.D.
Curriculum Vitae

## ACADEMIC APPOINTMENTS (CONT.):

| | |
|---|---|
| New York State University (SUNY at Stony Brook). 7/83 - 6/86: | Faculty Appointment as Assistant Clinical Instructor, Department of Pathology. |

## HONORARY AWARDS:

| | |
|---|---|
| January 2004: | Achievement Award for Working and Helping Veterans Who Served. |
| 2002 Edition: | Listed in Nationwide Register's "Who's Who" in Executives and Businesses. |
| October 1998: | Honored for dedicated leadership as Chairman; American Board of Forensic Medicine. |

## OTHER TEACHING ACTIVITIES:

| | |
|---|---|
| 1/94 - 9/94: | Medical Examiner's Office, Onondaga County, New York. Instruction and Supervision of Forensic Medical Investigators, Morgue Technicians, Clerical Staff and Laboratory Personnel. |
| 7/87 - 8/93: | Medical Examiner's Office Nassau County, New York. Forensic Pathology Teaching and Supervision of Fellow Medical Examiner-Pathologist Trainees, Pathology Residents, Medical Students, Law Students, Police Academy Students, EMS and AMS Trainees. Instruction and Supervision of Forensic Medical Investigators and Laboratory Personnel. |

## PUBLICATIONS AND LECTURES:

1. **L. Thanning, M.D., Presenter/Speaker: Trauma Symposium. Hilton Hotel, Mahwah, New Jersey.** Sponsored by Good Samaritan Hospital, Suffern, New York. November 2005.

2. **L. Thanning, M.D., Lecturer. Touro College.** Jacob D. Fuchsberg School of Law. Fall 2004 and 2005.

3. **L. Thanning, M.D., Presenter/Speaker: Nassau-Suffolk Counties Trial Lawyers' Association.** Case Presentations and Discussions. County Attorneys Offices, Minneola, New York. December 2000; Hilton Hotel, Melville, NY. 1998.

LONE THANNING, M.D.
Curriculum Vitae
6

## PUBLICATIONS & LECTURES (CONT.):

4. **L. Thanning, M.D., ACFE//APA'S 7th Annual National Academy Convention.** Wrote "Core Course I" and Presented Part 3: "Principles and Practice of Forensic Medicine Applied in Civil Cases". Served on Teaching Faculty and as Moderator, Waldorf-Astoria Hotel, New York City, October 1999.

5. **S. Govindan, M.D. and L. Thanning, M.D., The American Academy of Thermology 28th Annual Meeting.** "Monitoring Postmortem Cooling of the Human Head". Abstract presentation. May 1999.

6. **L. Thanning, M.D., Article published in "The Forensic Examiner" Journal of the ACFE.** "Professional Medical Misconduct". Volume 8, Number 1&2, January/February 1999.

7. **L. Thanning, M.D., Srini Govindan, M.D. (Co-lecturer), American College of Forensic Examiners' 6th Annual Academy Meeting, Naples, Florida.** "Sudden Death in Head Injury". A Forensic perspective. Abstract Presentation. Served on Conference Faculty for this National Convention. October 1998.

8. **L. Thanning, M.D., Editorial Letter Published in "The Forensic Examiner" Journal of the ACFE.** "On Issues of Ethics and Integrity Requirements in Continuing Education". Volume 7, Numbers 5 & 6, May/June 1998.

9. **L. Thanning, M.D., American College of Forensic Examiners' 5th Annual Academy Meeting. San Diego, California.** "Medico-Legal Controversies". A colloquy addressing problems in Death Certification. December 1997. Served as **Division Chair** (Forensic Medicine) for this **National Convention**.

10. **L. Thanning, M.D., American College of Forensic Examiners' 4th Annual Academy Meeting, San Diego, California.** "Mysterious Undiagnosed Deaths" - A Neuro-Psychiatric-Pathological Discussion, Co-Lecturer: David Rosengard, M.D., December 1996.

11. **Peer Review Editing of Multiple Articles Submitted to the "Forensic Examiner" Journal of the ACFE and National Continuing Medical Education Courses, as follows:**
    - **CME Course: Evaluation of National Internet Distance Course on Disability Assessments.** Author Gabriel E. Sella, M.D., American Academy of Family Practitioners. January 1996.
    - "Legal Issues and Ethics", 1996.
    - "Delaware's Medico-Legal Investigation of Death", 1997.
    - "Delaware's Serial Killer", 1997.

LONE THANNING, M.D.
Curriculum Vitae

7

## PUBLICATIONS & LECTURES (CONT.):

- "The Role of Forensic Psychological Evaluation in Death Row Appeal Cases", 1997.
- "The Relationship Between Chronic Pain and Fear-Induced Disability", 1997.
- "The Humpty Dumpty Affliction", 1997.
- CME Course: "Syllabus on Forensic Sculpture." (Facial Reconstruction from the Human Skull), 1997.
- "Teenage Suicide and Equivocal Cases", 1998.

12. L. Thanning, M.D., American Board of Forensic Medicine Section on Forensic Psychiatry Certification. Editorial Letter published in "The Forensic Examiner" Journal of the ACFE. Volume 6. Numbers 9 & 10, Sept. - Oct. 1997.

13. <u>International Lecture:</u> L. Thanning, M.D., Royal Danish National Institute of Health (Rigshospitalet) Department of Anesthesiology. "Medico-Legal Aspects of Anesthetic Complications Regarding Central Venous Catheterization. July 1996.

14. <u>International Lecture:</u> L. Thanning, M.D., University of Copenhagen, Denmark. Institute of Forensic Pathology. "The Role of the Forensic Pathologist in the American Legal System". December 1993.

15. L. Thanning, M.D., Presenter/Speaker: Nassau - Suffolk Counties Trial Attorney's Association: Hilton Hotel, Huntington, New York. "The Role of the Forensic Pathologist in Litigation." November 1993.

16. Chumas, J., **Thanning, L.**, Mann, W. Malignant mixed mullerian tumor arising in Extragenital endometriosis. **Case Report and Literature Review.** <u>International Journal of Gynecologic Oncology</u>: 23, 227-233, January 1986.

17. L. Thanning, M.D., Lecture: State University of New York, SUNY at Stony Brook, Department of Pathology. "Biopsy Interpretation of Renal-Transplant Rejection." March 1986.

18. Thanning, M.D., Lecture: State University of New York, SUNY at Stony Brook, Department of Pathology. "Neuropathologic Changes Applicable in Medico-legal Deaths". November 1985.

19. **Lone Thanning, M.D.,** Tutorials in Surgery 5. Surgical Pathology. F.D. Smiddy and P.N. Cowen. Diman Prss, Bath, 1984. Pp. 273, **Abstract on Medical Textbook Review.** Published in "The Journal of Histotechnology".

LONE THANNING, M.D.
Curriculum Vitae

8

## PUBLICATIONS & LECTURES (CONT.):

20. **Thanning, L.,** Knuhtsen, B. Non-specific spondylitis. **Case Reports.** Ugeskrift for laeger (The Danish Medical Journal. English Abstract) 50, 145:3913-3914. December 1983.

## PARTICIPATION IN UNPUBLISHED RESEARCH PROJECTS:

1. E. Coryllos, Editor, **Thanning, L.,** Leiderman, M., Lukash, L., Office of the Medical Examiner, Nassau County. **Chapter in Book,** on Sports Medicine. "Sudden Unexpected Non-Traumatic Death in Children and Adolescents During Physical Exertion." 1990 - 1992.

2. Fromowitz, F.B., Lane, B.P., **Thanning, L.,** State University of New York at Stony Brook, Department of Pathology. **Comparative Study** on Prostate Cancer Classification. Electron Microscopy vs. Immunohistochemical Features. 1985 - 1986.

3. Sloan-Kettering Memorial Hospital; New York City. Tissue Laboratory. Director and Chairman Professor Bo Dupont. **Experimental Study** on T-Cell//NK Cells. 1981.

## CURRENT OR FORMER FORENSIC PATHOLOGIST EXPERT CONSULTANT FOR:

- **New York City; Patrolmen's Benevolent Association.**
- **New York City; The Legal Aid Society, Criminal Defense Division.**
- **New York City; The Neighborhood Defender Service of Harlem.**
- **New York State; Attorney General's Office.**
- **New York State; Office of Mental Health.**
- **New York State; Nassau County District Attorney's Office, Special Investigations Bureau and County Attorney's Office.**
- **Metro Medical Services (MMS).**
- **New York State; Capital Defender's Office.**
- **State of Kansas: Capital Defender's Office.**
- **Metropolitan Transportation Authority; Long Island Rail Road.**
- **Nationally; Medically Dedicated Incorporated (MDI).**
- **New York State; Indigent Defendants' Legal Panel. Assigned Counsel Plan.**
- **New York State; Onondaga County and Oneida County; District Attorney's Office.**
- **Washington, D.C.; Attorney General's Office. Pro Bono. For National Disaster Team Investigation of Major Airplane Crash. Avianca Airline, January 1990.** (Participated in scene investigation, triage operation and conducted multiple autopsies).
- **United Cerebral Palsy (UCP) Of Greater Suffolk, NY.** (Pro Bono Consultant).

LONE THANNING, M.D.
Curriculum Vitae

9

## PROFESSIONAL EXPERIENCE:

- **Over 4000 Autopsies and External Examinations Performed.**
- **Assisted in/Supervised over 5000 Autopsies.**
  (Hospital-Based, Medical Examiner Cases and Private Cases).
- **Performed Multiple Exhumation Autopsies.**
- **Performed Several Hundred Forensic Scene Investigations.**
  (Involving Homicide, Accidental, Suicidal and Natural Deaths).
- **Testified as an expert more than 400 times in the Court of Law and in Depositions.**
  (Includes Criminal Court, Supreme Court, Federal Court, Court of Claims, Hearings and Arbitrations in approximately 11 of the United States (NY, NJ, CT, RI, PA, NC, WV, KS, KY, FL, MI).

## MEDIA EXPOSURE:

1. ABC Eyewitness News, TV and Website. Reconstruction of Unidentified Body, 2004.
2. National Prime Time Radio (ABC News-Court TV): O.J. Simpson Trial Commentator. 1995.
3. Portrayed by Canadian Broadcast Television Company Aired in 59 Countries Worldwide; Forensic Case Work-up of High Profile Murder, 1990.
4. Danish National News Magazine Article, 1990.
5. National Educational Television on Drug and Alcohol Abuse-Related Fatalities. Aired more than one dozen times. Approximately 1988.

LT:dg
July 2006