**Exhibit 10**

POLICE DEPARTMENT
COUNTY OF NASSAU
NEW YORK
CRIME SCENE SEARCH SECTION
INCIDENT / VEHICLE ACCIDENT DIAGRAM

NORTH

R.P.

PARKED VEHICLES NOT INVOLVED

ORIGINAL LOCATION OF RMP

ALLEN AVE.

29

②

A B
V1
① AREA OF IMPACT

GRASS
BLOOD SIDEWALK

FORTESQUE AVE.

TREE

D C
V2
RMP

DRIVEWAY

454

| DD # __/__/__  OTHER # __/__/__ | SPOT | N/S | E/W |
|---|---|---|---|
| DATE 3/12/04 TIME 1810 WEATHER CLEAR | 2 | 11'7 S | 56'6 E |
| | A | 16'9 S | 80 E |
| LOCATION IN FRONT OF 454 ALLEN AVE. | B | 19'8 S | 88'9 E |
| | 1 | 22 S | 98'7 E |
| TOWN OCEANSIDE | BLOOD | 32'5 S | 94'2 E |
| | C | 45'1 S | 85'10 E |
| R.P. P.O.I. N/E CORNER | D | 49'4 S | 77'9 E |

ROAD: SURFACE ASPHALT CONDITION DRY

INCIDENT TYPE MENACING

DRAWN BY: RANK Det. NAME R. Shumulther  SERIAL # 5625 CMD. CSSS