**Exhibit 11**

ation=
Arrest= 204AR000435o
Date/Time of Arrest 03 12 2004 at 17:00

CR# 204CR0019746
Return Date 03 13 2004
Court Docket _____

DOB
12 10 1969

Age
35

Offense
20.15

MENACING
RD

MISDEM

10

Prepared By
815 ARCHE

FIRST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

THOMAS P HARTMANN
96 CENTRAL BLVD LKA
MERRICK NY 11566

IN THE STATE OF NEW YORK COUNTY OF NASSAU: PO KARL A SNELDERS, SHIELD# 13022, BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT ON OR ABOUT THE 12TH DAY OF MARCH, 2004, AT ABOUT 4:58 PM, AT ALLEN AVE OCEANSIDE, THE DEFENDANT DID VIOLATE NEW YORK STATE PENAL LAWSECTION(s) §120.15.

§ 120.15 MENACING IN THE THIRD DEGREE. A PERSON IS GUILTY OF MENACING IN THE THIRD DEGREE WHEN, BY PHYSICAL MENACE, HE OR SHE INTENTIONALLY PLACES OR ATTEMPTS TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY.

TO WIT: Your deponent a Nassau County Police Officer assigned to the Bureau of Special Operations at time and place of occurrence did confront the defendant a second time with his partner after a short pursuit. Defendant exited his vehicle and approached RMP 921 acting like he was attempting to remove a weapon from his pants. Defendant yelled at officers "you better shoot me before I shoot you." and kept walking towards your deponent stating "you better shoot me before I kill you". Your deponent at this time had to use RMP 921 to terminate the defendants approach by hitting him with the car.

* ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

SUBSCRIBED BEFORE ME THIS
13TH DAY OF MARCH 2004.

_____         _____
PO KARL A SNELDERS                      LT THOMAS ZAMOJCIN