**Exhibit 13**



