# EXHIBIT B

1

1

2       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
3       ------------------------------------------------X
        THOMAS HARTMANN,
4
                                        PLAINTIFF,
5
                            CV-04-1784 (ILG)(CLP)
6
                        -against-
7
        THE COUNTY OF NASSAU, NASSAU COUNTY POLICE
8       DEPARTMENT, POLICE OFFICER KARL. L SNELDERS,
        POLICE OFFICER MICHAEL KNATZ, DEPUTY INSPECTOR
9       ROBERT TURK, LIEUTENANT THOMAS ZAMOJCIN, POLICE
        OFFICER KEVIN W. SMITH, POLICE OFFICER PHILIP
10      BRADY, DETECTIVE BARRY O. FRANKLIN, POLICE
        OFFICER THOMAS O. MCCAFFREY and "JOHN and JANE
11      DOES 1-15" representing as yet unknown and
        unidentified police officers,
12
                                        DEFENDANTS.
13      ------------------------------------------------X

14                          DATE: May 18, 2005

15                          TIME: 10:20 a.m.

16

17              EXAMINATION BEFORE TRIAL of the

18      Defendant, POLICE OFFICER KARL L. SNELDERS, taken

19      by the Plaintiff, pursuant to an Order, held at

20      the LAW OFFICES OF DANIEL J. HANSEN, ESQ., 233

21      Broadway, New York, New York 10279, before a

22      Notary Public of the State of New York.

23

24

25

2

1

2     A P P E A R A N C E S:

3

4          DANIEL J. HANSEN, ESQ.
               Attorneys for Plaintiff
5              233 Broadway, 5th Floor
               New York, New York 10279
6              BY:   DANIEL J. HANSEN, ESQ.

7

8          LORNA B. GOODMAN, ESQ.
          NASSAU COUNTY ATTORNEY
9              Attorney for the Defendants
               One West Street
10             Mineola, New York 11501
               BY: BETHANY O'NEILL, ESQ.
11             FILE NO.:   04X1628

12

          ALSO PRESENT:
13
               F. Daniel DeGronach
14
               Carl Sandel
15

16
               *          *          *
17

18

19

20

21

22

23

24

25

1

2          F E D E R A L   S T I P U L A T I O N S

3

4

5              IT IS HEREBY STIPULATED AND AGREED

6      by and between the counsel for the respective

7      parties hereto, that the filing, sealing, and

8      certification of the within deposition shall

9      be and the same are hereby waived;

10

11             IT IS FURTHER STIPULATED AND AGREED

12     that all objections, except as to the form

13     of the question, shall be reserved to the times

14     of the trial.

15

16             IT IS FURTHER STIPULATED AND AGREED

17     that the within deposition may be signed before

18     any Notary Public with the same force and effect

19     as if signed and sworn to before this court.

20

21

22                    *        *        *        *

23

24

25

1

2      K A R L    S N E L D E R S, called as a witness,

3      having been first duly sworn by a Notary Public of

4      the State of New York, was examined and testified

5      as follows:

6      EXAMINATION BY

7      MR. HANSEN:

8           Q.     Please state your name for the record.

9           A.     Karl Snelders.

10          Q.     Where do you reside?

11          A.     1490 Franklin Avenue, Mineola, New york

12     11501.

13          Q.     Good morning, Mr. Snelders.  My name is

14     Dan Hansen and I represent Thomas Hartmann with

15     respect to an accident that occurred on March 12,

16     2004.  I am going to be asking you some questions

17     about yourself, about the incident, things about

18     your background and things about what happened

19     days prior to that accident.  If you don't

20     understand any of my questions, please let me know

21     and I will rephrase the question so you will

22     understand it, okay?

23          A.     Okay.

24          Q.     If at any time during today's deposition

25     you would like to take a break, speak with your

```
 1                         SNELDERS

 2      attorney, get a glass of water, use the mens room,

 3      whatever, let me know and you can do that, okay?

 4          A.      Yes.

 5          Q.      Are you currently employed?

 6          A.      Yes.

 7          Q.      Who do you work for?

 8          A.      Nassau County Police Department.

 9          Q.      How long have you been so employed?

10          A.      Eighteen years.

11          Q.      What did you do before working for the

12      police department?

13          A.      I worked at Shorham, S-H-O-R-H-A-M,

14      Nuclear Power Plant.

15          Q.      What did you do at Shorham Nuclear Power

16      Plant?

17          A.      Security supervisor.

18          Q.      Prior to working for Nassau PD, did you

19      work any police jobs?

20          A.      No.

21          Q.      What was your date of hire?

22          A.      July 18th of 1986.

23          Q.      And where were your first assigned?

24          A.      Police academy.

25          Q.      Did you undergo training at the police
```

```
 1                       SNELDERS

 2        A.    Not when I first came to work.

 3        Q.    From the time you first arrived to work,

 4   until you received your assignment?

 5        A.    I don't recall the time.

 6        Q.    Do you know, approximately, what time?

 7        A.    No.

 8        Q.    What time did Officer Sharp arrive at

 9   the 7th on March 12th?

10        A.    Around 8:30.

11        Q.    Did you meet Officer Sharp at the 7th

12   Precinct that day?

13        A.    Yes.

14        Q.    What assignment were you given on the

15   morning of the 12th?

16        A.    We were looking for Thomas Hartmann and

17   the car that he was driving.  He had supposedly

18   threatened his wife and a cop the night before and

19   I think they were putting out notification, I

20   believe, with information about his car and that

21   he was possibly armed and dangerous.

22        Q.    When were those notifications put out?

23        A.    I believe they were put out over

24   Frequency 5, which is the 4th and the 7th.

25        Q.    Was information given in the morning
```

```
 1                         SNELDERS
 2     when you first were given the assignment?
 3          A.      The information we were basically given
 4     was that he was supposedly a crack user so to look
 5     in some of the areas where crack is sold.
 6          Q.      Were you given any hand outs, bulletins
 7     or notices concerning Mr. Hartmann on the morning
 8     of 12th?
 9          A.      No.
10          Q.      Were you given any documents or
11     paperwork whatsoever, on the morning of the 12th?
12          A.      No.
13          Q.      At some point in time Mr. Hartmann was
14     arrested; correct?
15          A.      Yes.
16          Q.      That was the evening of the 12th?
17          A.      Yes.
18          Q.      About what time?
19          A.      I would have to look at the paperwork, I
20     don't remember the exact time, 5:30ish.
21          Q.      At any point in time, from the time you
22     first were given the assignment concerning
23     Mr. Hartmann, until the time of his arrest that
24     evening on the 12th, were you ever given any type
25     of paperwork, bulletins, documents, photos, any
```

```
 1                           SNELDERS

 2      type of information on paper, printed or

 3      otherwise, concerning Mr. Hartmann?

 4           A.     I was shown a photo, but I don't think I

 5      had -- I don't believe we had a photo with us and

 6      I had gotten information from Officer Knatz who

 7      had spent a lot more time looking for him down in

 8      the Long Beach area.

 9           Q.     Do you know what photo you were shown?

10           A.     I believe it was an old arrest photo.

11           Q.     Where were you when you were shown the

12      photo?

13           A.     Down by his wife's house in Merrick.

14           Q.     Who showed you the photo?

15           A.     I believe it was Officer Brady.

16           Q.     At what time was this?

17           A.     It was after I dropped my partner off

18      and I picked up Officer Knatz, some time before

19      3:00 or around 3:30, I am not sure of the exact

20      time.

21           Q.     Who else was present?

22           A.     I believe it was just -- I don't even

23      know if it was Officer Brady, I don't recall who

24      Officer Knatz was with right now, whoever he was

25      doubled or tripled up with showed me a picture of
```

```
 1                        SNELDERS
 2    him, I don't recall who he was tripled up with.
 3         Q.    Was he with Joe Hughes?
 4         A.    Again, I said I don't recall who he was
 5    with.
 6         Q.    On the morning of the 12th, when you
 7    were first given the assignment concerning
 8    Mr. Hartmann, what were your instructions or what
 9    was your assignment?
10         A.    Try and locate him.
11         Q.    Anything in particular?
12         A.    Place him under arrest.
13         Q.    Were you assigned to any particular
14    physical or geographical location?
15         A.    We went to Roosevelt, Freeport and
16    Hempstead areas.
17         Q.    Let's go back to when the call came over
18    the radio, how was it that you were communicating
19    that particular day on the 12th, were you using
20    the various communication devices that you
21    mentioned before; the pager, the cell phone, the
22    police radio and all that?
23         A.    Yes.
24         Q.    Now, did you have any particular name or
25    sign or badge number that you were known as over
```

1                          SNELDERS

2        the radio, were you Snelders, 921, your badge

3        number?

4             A.      921.

5             Q.      You were just 921?

6             A.      That's correct.

7             Q.      Now, if there are two officers in the

8        car, are they collectively known as 921?

9             A.      Yes.

10            Q.      Did you have any nicknames at any point

11       in time while on the job?

12            A.      Not that I can recall.

13            Q.      Have you ever been known as The Hammer?

14            A.      People have used that, yes.

15            Q.      How long have you been known as The

16       Hammer?

17            A.      That was after an incident where they

18       arrested somebody for stabbing his girlfriend and

19       he tried to stab me and instead of doing anything

20       else, I punched him in the face and broke his jaw

21       in two places.  When he went to Grand Jury, his

22       claim was that his girlfriend hit him in the face

23       with a hammer and that is where the nickname came

24       from.

25            Q.      How many years have you been known as

```
 1                          SNELDERS
 2       The Hammer?
 3           A.     I don't consider it a nickname, but I
 4       was still in uniform.
 5           Q.     You have been called The Hammer since
 6       you have been in uniform, so at least thirteen
 7       years?
 8           A.     Yes.
 9           Q.     Are there any other names you are known
10       by, any other names people call you on the job?
11           A.     Not that I know of.
12           Q.     Anything else?
13           A.     No.
14           Q.     Have you been assigned in any other
15       cars, other than being assigned to car number 921?
16           A.     In BSO?
17           Q.     Yes.
18           A.     No.
19           Q.     You have always been 921?
20           A.     As long as I have been there, yes.
21           Q.     Is that something Officer Sharp carried
22       with him?
23           A.     Yes, periodically I have been in other
24       cars, you know, when he is off, I work with other
25       people but...
```

```
 1                      SNELDERS
 2        Q.    What time did you leave the 7th on
 3   March 12, 2004?
 4        A.    I don't recall the time.
 5        Q.    Do you know if you left before
 6   lunchtime, before noon?
 7        A.    Yes.
 8        Q.    Where was the first place you went upon
 9   leaving the precinct on March 12, 2004?
10        A.    I don't know exactly where we went right
11   away.
12        Q.    Did you have your spiral book that day?
13        A.    Yes.
14        Q.    And you made notes that day, I assume,
15   to keep track of what you were doing?
16        A.    No.
17        Q.    Did you write down, generally, what you
18   are doing on a particular day?
19        A.    No.
20        Q.    Where is the book today?
21        A.    It's probably in 921.
22        Q.    You mentioned before you went to
23   Roosevelt, Freeport and Hempstead, do you know
24   where you went first?
25        A.    No.
```

```
 1                         SNELDERS
 2          Q.     You also mentioned Merrick before and
 3     you also mentioned Officer Sharp, we have five
 4     places; right?
 5          A.     Yes.
 6          Q.     Do you know which of these five places
 7     you went to first?
 8          A.     Probably Roosevelt.
 9          Q.     Is that the closest to the 7th?
10          A.     Freeport is the closest one, we know
11     Roosevelt pretty well so...
12          Q.     What did you do in Roosevelt?
13          A.     Went around to the known crack locations
14     to see if we could see the car.
15          Q.     What were you told, specifically, to do
16     that day, were you told to go look for Hartmann?
17          A.     No, there was something broadcasted over
18     the radio that he was wanted and I don't remember
19     who told us that he was, somebody told us that he
20     was possibly a crack user.  So, usually crack
21     users go to places where they could get crack, so
22     we decided to ride around in those areas to try
23     and spot the car.
24          Q.     Who told you he was a crack user?
25          A.     Again, I said I don't recall.
```

1                    SNELDERS

2        Q.     What other information did you have

3    concerning Mr. Hartmann on the morning of March

4    12th?

5        A.     Other than I had his name, the type of

6    car and the plate number of the car and that was

7    basically it and I think we knew the address that

8    his wife lived at and I think there was a caper

9    alarm installed in there.

10       Q.     Did you have any other assignments on

11   the day of the 12th?

12       A.     No.

13       Q.     Did you engage in any general patrols

14   that you mentioned before?

15       A.     Just riding in those areas looking for

16   his car, that was it.

17       Q.     Did you have any assignments that

18   overlapped with the assignment to find

19   Mr. Hartmann's car?

20       A.     Not that I can recall.

21       Q.     Do you know what type of offence

22   Mr. Hartmann was wanted for; a misdemeanor,

23   felony, violation or something else?

24       A.     I knew it was misdemeanors.

25       Q.     This is as of the morning of the 12th

```
 1                          SNELDERS

 2      you knew it was misdemeanors?

 3           A.     Yes.

 4           Q.     Did that knowledge change at any point

 5      during the day?

 6           A.     No, it was misdemeanors, but the threat

 7      too.

 8           Q.     Did you understand what the misdemeanors

 9      were?

10           A.     Yes, one was he threatened to kill a

11      cop.

12           Q.     Do you know the facts surrounding that?

13           A.     Not particularly.

14           Q.     Did you ever let it be known that if you

15      did find Mr. Hartmann, he would be hurt?

16           A.     What?

17           Q.     Did you ever let it be known that if you

18      did find Mr. Hartmann, he would be hurt?

19           A.     No.

20           Q.     Do you know what police officer

21      Mr. Hartmann allegedly threatened, who that was?

22           A.     No, I don't.

23           Q.     During the course of the day on

24      March 12, 2004, from the time that you were first

25      given this assignment to look for Mr. Hartmann,
```

<pre>
 1                          SNELDERS
 2    until the time of his arrest, did you acquire or
 3    learn any other information concerning
 4    Mr. Hartmann?
 5         A.     When I picked up Officer Knatz, he had
 6    spent a lot of the day down in the Long Beach area
 7    looking for him and talked to several Long Beach
 8    police officers that said they knew Thomas
 9    Hartmann.
10         Q.     What information did you acquire during
11    the day, whether it be from Officer Knatz or
12    anybody else?
13         A.     That he was a violent person.
14         Q.     Anything else?
15         A.     That he could possibly be armed.
16         Q.     Anything else?
17         A.     Some of his arresting background, he had
18    been arrested before.
19         Q.     What is your understanding of what his
20    background was?
21         A.     Assault, arson, burglary, attempted
22    murder.
23         Q.     Anything else that you came to learn
24    that day?
25         A.     Not that I recall.
</pre>

```
 1                           SNELDERS
 2           Q.    Is all the information that you learned
 3     concerning Mr. Hartmann on the 12th, did all of
 4     that come from Officer Knatz or were there any
 5     other sources of information that you received?
 6           MS. O'NEILL:   Other than what he already
 7           testified about?
 8           MR. HANSEN:   Correct.
 9           A.    I got some information from -- that's
10     why we were sent down to a prior location from
11     Sergeant DeMartinis that he might be showing up at
12     that location.
13           Q.    When did you first speak with or see
14     Sergeant DeMartinis on the 12th of March?
15           A.    I didn't speak with him personally until
16     later on that night.
17           Q.    Did you see him that day or speak with
18     him over the radio or any other way?
19           A.    No.
20           Q.    How did you acquire the information
21     about Brower Avenue?
22           A.    I was asked to call my office and that's
23     when they had an assignment for me to pick up
24     Officer Knatz and to go down to that location.
25           Q.    What time was that?
```

```
 1                        SNELDERS

 2        A.    Late in the afternoon, I don't recall

 3   exactly.

 4        Q.    When you dropped off Officer Sharp, did

 5   you know you were going to be picking up Officer

 6   Knatz?

 7        A.    Yes.

 8        Q.    So it was before you dropped off Officer

 9   Sharp that you got the call that you were going to

10   be picking up Officer Knatz next?

11        A.    That's why I dropped Officer Sharp off

12   because I had to go down to Merrick to pick up

13   Officer Knatz and go down to Brower Avenue.

14        Q.    Who did you speak with that gave you

15   this information, Sergeant Martinez you said?

16        A.    No, somebody in my office, I don't

17   recall.

18        Q.    This was in BSO in the 7th or --

19        A.    No, in Westbury, one of the officers who

20   was assigned to the radio room.

21        Q.    Is that like a desk officer type?

22        A.    No, it's a police officer that is just

23   assigned -- he gives out information.

24        Q.    Now, what were you told about Brower

25   Avenue?
```

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

```
 1                        SNELDERS
 2        A.    We were told to respond down there, they
 3   gave us the address and we responded down there
 4   and sat on that location, that he possibly might
 5   be heading to that location.
 6        Q.    And what time was this that you headed
 7   down to Brower Avenue?
 8        A.    After I dropped my partner off, so it
 9   was probably around 3:00, 3:30, I am not sure of
10   the exact time.
11        Q.    So you dropped off your partner, I am
12   not going to ask you where he lives, but in what
13   general vicinity does he live?
14        A.    Not too far from Merrick.
15        Q.    You would have been in the Merrick area
16   when you went to pick up Officer Knatz?
17        A.    That's correct.
18        Q.    And then you went to Brower Avenue?
19        A.    Correct.
20        Q.    Any particular address or location at
21   Brower Avenue?
22        A.    I don't recall the number of the house.
23        Q.    Any particular intersection?
24        A.    I don't remember the name of the street,
25   but it was the first street over the bridge into
```

```
 1                         SNELDERS
 2         A.    No, I didn't.
 3         Q.    Did Officer Knatz unholster his weapon?
 4         A.    I don't recall, I didn't see him.
 5         Q.    During the entire time, from the time
 6    you first saw the SUV approaching your rear-view
 7    mirror while on Brower, until the time that
 8    Mr. Hartmann started the SUV after you backed up,
 9    did you make any radio transmissions?
10         A.    I didn't, I believe Officer Knatz did.
11         Q.    What was his transmission?
12         A.    That he was with the subject vehicle at
13    the Brower Avenue location -- I don't know exactly
14    what he said I know he put it over that we had the
15    car.
16         Q.    Did he say anything else?
17         A.    I don't recall what he said.
18         Q.    Did you request assistance?
19         A.    I didn't think we did at that time, I am
20    not sure.
21         Q.    At that point in time, did you feel any
22    threats on your life?
23         A.    Yes.
24         Q.    If you felt a threat on your life, is
25    there a reason you didn't request any assistance?
```

```
 1                        SNELDERS

 2         A.     It took seconds.

 3         Q.     As you were sitting at that location and

 4    during the seconds that you were traveling, did

 5    anybody ever request assistance over the radio?

 6         A.     We didn't have time to yet.

 7         Q.     During the time that you pulled up next

 8    to the vehicle and during the time that you backed

 9    up from the SUV, did anybody ever call for

10    assistance?

11         A.     No.

12         Q.     When Officer Knatz made the transmission

13    that you had the vehicle, was there anything

14    preventing him from also saying the words, "Please

15    give us assistance"?

16         A.     I don't know if he didn't.

17         Q.     If an officer feels his or her life is

18    threatened, is there a practice or procedure

19    within the department, in your 18 years on the

20    job, as far as requesting assistance for backup?

21         A.     You have to repeat the question.

22         Q.     If you feel your life was threatened as

23    a police officer and you are in a situation with a

24    suspect, is it your practice and procedure to

25    request assistance?
```

1                        SNELDERS

2          A.    When you have time to.

3          Q.    So it's your position you didn't have

4     the time or Officer Knatz didn't have time to get

5     on the radio?

6          A.    That's correct.

7          Q.    Officer Knatz had the time to get on the

8     radio to say he had the vehicle?

9          A.    That's as we were approaching his car,

10    yes.

11         Q.    Was there anything preventing him to

12    say, "Send help"?

13         A.    There was no threat yet.

14         Q.    What about when you left the area, did

15    anybody request assistance during that time?

16         A.    Left what area, when?

17         Q.    After Mr. Hartmann left the Brower

18    Avenue location from the stop, did you request

19    assistance at this time?

20         A.    After he had already threatened us once,

21    yes.

22         Q.    After you left Brower Avenue, where did

23    you go next?

24         A.    We continued northbound on that block

25    and that block curves to the left westbound and --

1                           SNELDERS

2      front, the rear or some place else?

3           A.    Outside the door with the door closed.

4           Q.    How far was he from the SUV?

5           A.    A couple of feet.

6           Q.    Which direction was he facing?

7           A.    He was looking at us, he was facing

8      westbound.

9           Q.    At some point in time, did you stop your

10     vehicle?

11          A.    Yes.

12          Q.    And when you came to a stop, what, if

13     anything, happened next in terms of your action?

14          A.    Mine, I stopped the car, Officer Knatz

15     opened the door and started to get out or got out

16     and I don't remember what he said, something along

17     the lines of, you know, "It's going to be a foot

18     pursuit now."

19          Q.    What happened?

20          A.    Mr. Hartmann, rather then running away,

21     ran towards my car -- the front of my car and came

22     up to the driver's side window.

23          Q.    And where was your partner?

24          A.    He was out of the car, I didn't know

25     where he was at.

```
 1                          SNELDERS
 2          Q.    And where were you?
 3          A.    I was still seated in the car seat
 4     belted in.  .
 5          Q.    How much time elapsed, from the time you
 6     came to a full stop, until the time Mr. Hartmann
 7     came up to your driver's side window?
 8          A.    Seconds.
 9          Q.    Was your window still open?
10          A.    Yes.
11          Q.    Can you describe the manner in which he
12     approached the car, did he walk, run?
13          A.    He was running.
14          Q.    And is there a reason that you didn't
15     get out of the car?
16          A.    I didn't have time to.
17          Q.    Officer Knatz had time?
18          A.    Yes.
19          Q.    And he was fully out of the car?
20          A.    Yes.
21          Q.    As Mr. Hartmann approached your car and
22     got to your driver's side window, was Officer
23     Knatz's door opened or closed; in other words, was
24     the passenger door opened or closed?
25          A.    It was closed.
```

1                        SNELDERS

2          Q.    So Officer Knatz had time to open the

3     door, get out, close the door and go to the back

4     of the car?

5          A.    I didn't say he went to the back of the

6     car, I don't know where he was, I know he got out

7     of the car, he thought he was going to have to

8     chase him, but instead, he came towards us.

9          Q.    Did Officer Knatz say anything to

10     Mr. Hartmann at the scene on Allen Avenue?

11          A.    I didn't hear anything.

12          Q.    Did you say anything to either Officer

13     Knatz or to Mr. Hartmann during the entire time

14     that you were at Allen Avenue?

15          A.    No, I didn't say anything to him.

16          Q.    Did he say anything to you?

17          A.    He was yelling and cursing something

18     along the lines, "What is the matter, what are

19     you, a pussy," and that's as he came up to my

20     window.  I started to lean towards the passenger

21     seat, put my hands up because when he came to the

22     window he had his hand in his waistband again and

23     I thought he was going to pull a gun out and

24     shoot.

25               I put my hands up, ducked down towards

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

1                    SNELDERS

2    the passenger seat reaching over to the side panel

3    where I kept mace and I was reaching for it.

4         Q.    The passenger side?

5         A.    Yes.

6         Q.    Where was the mace kept in the passenger

7    side of the police car?

8         A.    In the pocket, in the door.

9         Q.    Was anything else said, other than what

10   you just told me?

11        A.    He said to me he was going to -- again,

12   he said the same words, "You better shoot me

13   before I shoot you."

14        Q.    Which hand was in his waistband?

15        A.    His right hand.

16        Q.    When did he put his hand in his waist

17   band?

18        A.    As he was approaching my window.

19        Q.    How far was he from you, when he put his

20   right hand in his waistband?

21        A.    A couple of feet.

22        Q.    Two or three feet?

23        A.    Yes.

24        Q.    Did you see him put his hand in his

25   waistband?

159

```
 1                         SNELDERS

 2          A.    Yes.

 3          Q.    Did he lift his shirt to put his hand in

 4     his waistband?

 5          A.    He put his hand under his shirt, not

 6     really lifting it.

 7          Q.    Did you see any indication of any weapon

 8     or anything like that?

 9          A.    I couldn't, no.

10          Q.    Did you see any bulge, silhouette or

11     anything in Mr. Hartmann's hand, at any point in

12     time?

13          A.    No, because his sweatshirt covered -- it

14     was so far down, I couldn't see anything, it was

15     down almost to his crotch area.

16          Q.    You didn't see anything, at all, no sign

17     of a weapon?

18          A.    No.

19          Q.    At any point in time during this period

20     where Mr. Hartmann was next to your driver's side

21     window, did you hear Officer Knatz say anything?

22          A.    No.

23          Q.    Did you know where he was?

24          A.    No.

25          Q.    Where was Officer Knatz the next time
```

```
 1                         SNELDERS

 2    you saw him or had an awareness of where he was?

 3         A.     Where I thought he was?

 4         Q.     Any type of awareness, either heard him

 5    or saw him?

 6         A.     As I was reaching for the mace and I had

 7    my hand up and ducking, I was watching

 8    Mr. Hartmann, I saw him look towards the rear of

 9    the car and run back towards his car, I figured he

10    must have seen Officer Knatz come around from the

11    back of the car, that was my thought.

12         Q.     You were ducking down in your car?

13         A.     Yes.

14         Q.     Across the front seat; right?

15         A.     Yes.

16         Q.     And you were reaching towards the

17    passenger side door pocket?

18         A.     Yes.

19         Q.     And you looked up and saw Mr. Hartmann

20    looking towards the back of the car?

21         A.     Yes.

22         Q.     How close was he to the car when you saw

23    him doing this?

24         A.     He was almost in the window.

25         Q.     Was he standing up, bent down or
```

```
 1                          SNELDERS

 2     something else?

 3          A.    He wasn't completely standing, he was

 4     semi crouched.

 5          Q.    Did you hear Mr. Hartmann say anything

 6     to Officer Knatz?

 7          A.    No.

 8          Q.    At this point in time, was your car in

 9     park, driving or something else?

10          A.    Parked.

11          Q.    Do you know why Officer Knatz got out of

12     the car?

13          A.    He thought he was going to have to chase

14     him.

15          Q.    How long did Mr. Hartmann remain at your

16     driver's side window?

17          A.    Seconds.

18          Q.    How many seconds?

19          A.    I don't recall.

20          Q.    At some point in time, did he leave your

21     driver's side window?

22          A.    Yes.

23          Q.    What, if anything, did he do?

24          A.    He got backup and he started, not

25     running, but walking real fast towards his car and
```

1                         SNELDERS

2    I put the car back in drive and I started creeping

3    slowly forward.

4         Q.    What rate of speed were you going?

5         A.    Slow, not even a mile, like, real slow.

6         Q.    Not even a mile an hour?

7         A.    Real slow.

8         Q.    Would that be true, not even a mile an

9    hour?

10        A.    Yes.

11        Q.    And at that point in time when you first

12   started creeping your car along not even one mile

13   per hour, what distance separated the front of

14   your car from the rear of the SUV?

15        A.    I don't recall how far.

16        Q.    Do you know, approximately, how many car

17   lengths?

18        A.    No.

19        Q.    Where was Mr. Hartmann when you first

20   put your car back in drive, when you started

21   creeping along?

22        A.    He was almost by the driver's side of

23   his car.

24        Q.    Where was his right hand?

25        A.    I don't remember seeing it.

```
 1                          SNELDERS
 2          Q.    Do you know where his left hand was?
 3          A.    No.
 4          Q.    Do you know where Officer Knatz was at
 5    that point when you put your car in drive?
 6          A.    No.
 7          Q.    Did you see Mr. Hartmann get back into
 8    his car?
 9          A.    No, I didn't.
10          Q.    Where was he in relation to his SUV as
11    you were creeping along in your car?
12          A.    I said he started going towards the
13    driver's side of his car, but he went around the
14    front of it instead.
15          Q.    Did he stop, at all, by his SUV, from
16    the time he left your window or did he continue
17    away from your patrol car?
18          A.    He stopped when he got to the front of
19    his SUV.
20          Q.    As he was going towards the SUV, what
21    direction was he facing?
22          A.    He was going sort of Southeast.
23          Q.    So his body was facing --
24          A.    Away.
25          Q.    Towards the SUV?
```

```
 1                         SNELDERS

 2        A.    Yes.

 3        Q.    And towards the direction of traffic you

 4   were going?

 5        A.    Sort of, but he was going off to the

 6   right, he was kind of still going straight.

 7        Q.    When you say off to the right, off

 8   towards the front of the SUV and towards the curb

 9   that the SUV was somewhat adjacent to?

10        A.    Yes, but off a ways.

11        Q.    You said the front of the SUV was

12   pointed towards the curb, now you are telling me

13   he wasn't?

14        A.    It was pointed just a little bit -- the

15   front was closer to the curb than the rear, it was

16   a foot or two on a slight angle, it was out in the

17   roadway several feet.  I am not sure of the exact

18   distance.

19        Q.    How far was the front of the SUV from

20   the curb, the nearest point of the SUV to the

21   curb?

22        A.    I don't know the exact distance, it's on

23   that diagram.

24        Q.    When Mr. Hartmann went back towards the

25   SUV, did he continue away from you?
```

```
1                        SNELDERS

2        A.     Until he got to the front of the SUV,

3   then he stopped.

4        Q.     What happened next?

5        A.     He turned around semi facing me now and

6   he reached down into his waistband again, but this

7   time it looked like he stuck his hand further down

8   into his pants, I lost more sight of his arm.

9        Q.     Did you see his pants?

10        A.     No, I couldn't see his pants.

11        Q.     When he walked away, did he remove his

12   right hand from his waistband?

13        A.     I didn't see him do that, when he turned

14   around his hands were out, when I started

15   approaching him, he stuck it back down.

16        Q.     When his hands were out, were they

17   empty?

18        A.     Yes.

19        Q.     When he stopped in front of the SUV, did

20   he say anything as he put his hand back in his

21   waistband?

22        A.     No.

23        Q.     Where was he positioned in relation to

24   the SUV?

25        A.     He was probably in the middle of the SUV
```

1                      SNELDERS

2      -- maybe -- I am not sure of the exact distance,

3      he was five to ten feet in front of the SUV.

4           Q.    And where was your car at this point in

5      time, at this particular moment, when he first put

6      his hand back into his waistband when he was in

7      front of the SUV?

8           A.    I had just started turning towards the

9      SUV.

10          Q.    Had the front of your patrol car reached

11     the front of the SUV at that point in time?

12          A.    Not yet.

13          Q.    In relation to the SUV, where was the

14     front of your car as he put his hand in his

15     waistband while he stood in front of the SUV, had

16     you reached the rear door, the rear quarter panel,

17     the front door, the front quarter panel or

18     something else at that particular moment?

19          A.    I wasn't going straight, I was going

20     slightly on an angle towards the car, I wasn't

21     really looking where the SUV was, I was just

22     watching him.

23          Q.    Where were you in relation to him as he

24     put his hand in his waistband, what distance?

25          A.    Again, I am not sure of the exact

```
 1                        SNELDERS

 2      distance.

 3            Q.    Can you approximate for me?

 4            A.    It was under ten feet.

 5            Q.    You were under ten feet from where

 6      Mr. Hartmann was located in front of his SUV?

 7            A.    Yes.

 8            Q.    Did you continue going forward as he

 9      reached into his waistband while he was in front

10      of the SUV?

11            A.    Yes.

12            Q.    Did you continue at the same speed, the

13      one mile per hour or under?

14            A.    Yes.

15            Q.    From the time that you first put your

16      car into gear, until the time that you saw

17      Mr. Hartmann reach into his waistband, how much

18      time had elapsed?

19            A.    I don't recall the exact amount of time.

20            Q.    Now, as you saw Mr. Hartmann reach into

21      his waistband, what, if anything, did you do next?

22            A.    I continued towards him and he started

23      to back up a little bit and he started to pull his

24      hand out of his pants and as he started to pull

25      his hand out of the pants, I gunned the engine and
```

1                    SNELDERS

2    I cut the wheel to the right so I hit him with the

3    front right quarter panel of the car, right about

4    at the curbline.

5         Q.    Was he right at the curb when you hit

6    him?

7         A.    Close to it, I am not sure exactly, he

8    was fairly close to the curb.

9         Q.    In which direction was he facing when

10   you hit him?

11        A.    He was facing North.

12        Q.    What part of your car hit Mr. Hartmann?

13        A.    Front right quarter panel.

14        Q.    Where in relation to the right front

15   wheel?

16        A.    It was close to the right.

17        Q.    Was it in front of the wheel, behind the

18   wheel, at the wheel well?

19        A.    It wasn't behind the wheel, it was

20   either the middle to the front, somewhere around

21   there.

22        Q.    From the time that Mr. Hartmann left the

23   driver's side window of your RMP, until the time

24   that he was struck by your RMP, did he remain

25   standing erect that entire time or upright?

1                           SNELDERS

2          A.     Not really.

3          Q.     What changed?

4          A.     When he was at the front of his car, he

5     was semi crouched, bent over a little bit and

6     reaching for something in his waistband.

7          Q.     Was he moving in a direction at this

8     point?

9          A.     Stepping back, but slowly back peddling

10    a bit.

11         Q.     Where was Officer Knatz at this time?

12         A.     I don't know.

13         Q.     When was the next time that you saw

14    Officer Knatz?

15         A.     After I hit Mr. Hartmann, he went over

16    the curb to the front lawn, I got out and I saw

17    Officer Knatz standing over Mr. Hartmann holding

18    him at gunpoint.

19         Q.     At any point in time while you were at

20    the scene as you were creeping your car forward at

21    the one mile an hour or so, did you unholster your

22    weapon?

23         A.     No, I didn't.

24         Q.     Did you get out of car?

25         A.     No, I didn't.

```
 1                         SNELDERS
 2         Q.    Is there any reason you did not
 3    unholster your weapon?
 4         A.    I didn't have time to.
 5         Q.    How much time would it take you as a BSO
 6    officer trained in tactical maneuvers, how much
 7    time would it take you to unholster your weapon as
 8    you were sitting in the car?
 9         A.    I don't know.
10         Q.    How much time does it take you to
11    unholster a weapon?
12         A.    Each situation is different.
13         Q.    As you are sitting in the car, how much
14    time does it take you to unholster your weapon?
15         A.    I just answered that, I don't know how
16    long it would take me.
17         Q.    Does it take a minute?
18               MS. O'NEILL:  On the day of the accident
19         or any instance?
20               MR. HANSEN:  Any time.
21               MS. O'NEILL:  I think he already
22         testified every instance is different.
23         Q.    How is it different, what is the
24    variable?
25         A.    I was seat belted in, I had a shirt over
```

```
1                        SNELDERS

2      my holster, my gun, I would have to remove the

3      seat belt, remove the shirt or get under the

4      shirt.

5           Q.    How long would that all take to get the

6      weapon out?

7           A.    I don't know.

8           Q.    Was it your intention to hit

9      Mr. Hartmann with the car?

10          A.    Yes, it was.

11          Q.    Was it your intention to run him over?

12          A.    No.

13          Q.    Did you run him over?

14          A.    Yes, I believe I did.

15          Q.    Which wheel of the car ran Mr. Hartmann

16     over?

17          A.    I don't know, I went up and over the

18     curb and I ended up on the front lawn.

19          Q.    Was it your expressed purpose to strike

20     him with the car?

21          A.    It was my purpose to stop him from

22     pulling out what I thought was a handgun.

23          Q.    Did you hit him intentionally?

24          A.    Yes.

25          Q.    What part of Mr. Hartmann's body was hit
```

```
 1                      SNELDERS

 2    by your car?

 3        A.    I believe probably around mid legs.

 4        Q.    Did you hit the front of his legs, the

 5    side of his legs or the back of his legs?

 6        A.    Front.

 7        Q.    Did Mr. Hartmann go down immediately

 8    when you struck him?

 9        A.    Yes, he went backwards landing on his

10    back.  The last time I saw him, he was going face

11    towards me down onto his back.

12        Q.    And how did he come to a rest on his

13    front or back?

14        A.    I don't know, I didn't see him.  Once he

15    went down passed the quarter panel, I didn't see

16    him.

17        Q.    How much time elapsed from the time you

18    gunned the engine, until the time you hit

19    Mr. Hartmann?

20        A.    I don't know.

21        Q.    How much distance did you travel, from

22    the time you gunned the engine, until the time you

23    hit Mr. Hartmann?

24        A.    I don't know the exact distance.

25        Q.    Do you know the approximate distance?
```

```
 1                          SNELDERS

 2        A.    No.

 3        Q.    The time that you gunned the engine,

 4   where was your car in relation to the SUV?

 5        A.    Almost perpendicular to it.

 6        Q.    Was the front of your car passed the

 7   front of the SUV?

 8        A.    Yes.

 9        Q.    And approximately, what distance

10   separated the nearest part of your car, to the

11   nearest part of the SUV, was it a car length?

12        A.    I don't recall the exact distance.

13        Q.    The approximate distance is fine?

14        A.    It's all on the diagram that we did with

15   crime scene.

16        Q.    Officer Snelders, you are trained as an

17   observer; right?

18        A.    Yes.

19        Q.    You are trained for time and

20   observation?

21        A.    That's correct.

22        Q.    What distance separated your car, when

23   you gunned the engine, to the nearest point of the

24   SUV?

25        A.    I am not sure of the distance, when it
```

174

```
 1                        SNELDERS
 2      was all over we tried to put it back together as
 3      best we could.
 4           Q.      Tell me the approximate distance?
 5           A.      I can't, I don't know what it was.
 6           Q.      Approximately, what distance did your
 7      car travel after you struck Mr. Hartmann?
 8           A.      Again, I don't know how far it went.
 9           Q.      How much time elapsed, from the time you
10      struck Mr. Hartmann, until you came to a stop?
11           A.      It's all a matter of seconds, I don't
12      know.
13           Q.      Approximately, how many seconds?
14           A.      I am not going to get into that again.
15           Q.      At what rate of speed were you traveling
16      when you struck Mr. Hartmann?
17           A.      Between five and eight miles an hour,
18      somewhere around there, you know, from going to
19      almost a dead stop and gunning the motor and going
20      a short distance.
21           Q.      When you gunned the engine, was
22      Mr. Hartmann saying anything?
23           A.      No.
24           Q.      Was there anything preventing you from
25      backing up?
```