# EXHIBIT D

POLICE DEPARTMENT, COUNTY OF NASSAU, N.Y.
TELETYPEWRITER ALARM SHEET

PREPARE IN DUPLICATE

PDCN 72 - REV. 8/86

☐ TELETYPE ORDER NO. _____
☐ TELETYPE NOTIFICATION
☐ AMENDMENT NO. _____
☐ CHIEF OF DEPARTMENT ORDER NO. _____
☒ OTHER  REQUEST FOR ALARM _____

| RECORD BUREAU NO. | DETECTIVE DIVISION NO. 7-432-04 |
| WARRANT NO. | ALARM NO. |
| OTHER NO. 204CR19484 | DATE 03/12/2004 |
| FILE NO. | |

TO:   ALL COMMANDS

Request for alarm to be broadcast throughout all commands:

> Thomas Hartmann   M/W    DOB 02/10/69
> LKA 96 Central Blvd   Merrick, NY 11566
>
> Hazel eyes, straight, short, brown hair, 6'0", 185 lbs
> Possibly driving a black Lexus SUV NY registration CKV6329
> ***Suspect known to occasionally carry a weapon****

Suspect is wanted for Agg Harassment (domestic) in which he made true threats to his estranged wife. He also made several threats to kill Police Officers. He has been violent and is possibly suicidal. Victim has a CAPER alarm installed in her home. Suspect may also be in the Long Beach area so broadcast to Long Beach PD is also requested.

REQUEST FOR FREQUENT BROADCAST TO ALL CHANNELS

Auth. Det. Scalzo, 7th Squad

| To Be Transmitted | DATE 03/12/04 | SIGNED |
| | TIME | TITLE |

JetForm