# EXHIBIT E

Case 1:04-cv-01784-CLP Document 50-6 Filed 01/08/07 Page 1 of 2 PageID #: 677

MAR. 16. 2005  12:51PM    1ST SQUAD                                NO. 605    P. 1

PLAINTIFF
EXHIBIT
1
3-1-05

N 32B - Rev. 6/83

## POLICE DEPARTMENT, COUNTY OF NASSAU, N.Y.
## SUPPORTING DEPOSITION

INSTRUCTIONS: Deponent must place signature immediately after his/her narrative statement which shall include a statement of non-permission when applicable. Police Officer will complete boxed area of form and will witness the deponent's statement by placing signature immediately below the deponent's signature.

| Case Report No. 704CR19746 | D.D. No. | Defendants Name If Known | Relationship of Deponent to Property |
|---|---|---|---|
| Date & Time of Deposition 3/21/04 1807 | WITNESS | Rank D/Sgt | Name Printed John DeMartinis | Serial No. 6667 | Command 7th Sqd |

### NOTICE
**ANY FALSE STATEMENT MADE IN THIS DEPOSITION IS PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.**

I am Jamie Florio 5/15/83 _____ I have read and understand the above notice.

On the 12 day of March 2004 at about 5:00 PM I was home at 445 Allen Av Oceanside N.Y. I was upstairs in my bedroom working on my computer. I heard cars screeching and then yelling. I looked out my window onto Allen Ave. I saw two men one in a grey sweatshirt and one in a blue sweatshirt. I could see the guy in the blue sweatshirt still yelling, arms waving and pointing at the grey sweatshirt. There were two cars. One was obviously a police car, unmarked with its lights still flashing. It was behind a dark Lexus SUV. The grey sweatshirt man ran behind the police car & the blue sweatshirt man ran after him. The blue sweatshirt man then went back to the front of the Lexus. I then see the police car start moving. & The police car moved in the direction of the front of the Lexus. I saw the police car strike the guy in the blue sweatshirt in the legs. He fell and the police car continued up onto the grass of the house across the street. I then ran downstairs & told my brother John Florio what just happened Detective Sergeant John DeMartinis is writing this for me and it is the truth. ✗ Jamie Florio