# EXHIBITS – HARTMANN SUMMARY JUDGMENT MOTION

| | |
|---|---|
| Ex. A | Thomas Hartmann 50-h Examination Transcript |
| Ex. B | Thomas Hartmann Deposition Transcript |
| Ex. C | Karl Snelders Deposition Transcript |
| Ex. D | Michael Knatz Deposition Transcript |
| Ex. E | Jamie Florio Transcript |
| Ex. F | Thomas Hartmann Indictment # 1364N-04 (06/17/04) |
| Ex. G | Thomas Hartmann Plea Transcript (01/24/05) |
| Ex. H | Thomas Hartmann Certification of Disposition (04/25/05) |
| Ex. I | Thomas Hartmann's NYSID (03/12/04) (not filed electronically) |
| Ex. J | Long Beach Memorial Hospital Mental Health Clinic Records, 1991-1992 (not filed electronically) |
| Ex. K | Mercy Medical Center Records, 1992 (not filed electronically) |
| Ex. L | Serafettin Tombuloglu, M.D. Records 2003-2004 (not filed electronically) |
| Ex. M | City of Long Beach Police Department, LBPD 81 (03/29/91) |
| Ex. N | City of Long Beach Police Department, LBPD 81 (03/06/92) |
| Ex. O | City of Long Beach Police Department, LBPD 81 (03/09/92) |
| Ex. P | Family Court Order of Protection signed by Judge David Sullivan (08/04/03) (3 Pages) |
| Ex. Q | NCPD Case Report, PDCN 32SJ, 203CR0071891 (09/02/03) (4 Pages) |
| Ex. R | NCPD Arrest Report, PDCN 81SJ (09/09/03) |
| Ex. S | Kim Hartmann Supporting Deposition, 203CR0071891 (09/02/03) |
| Ex. T | Kim Hartmann Supporting Deposition (09/02/03) |
| Ex. U | NCPD Crime Report, PDCN 85SJ, 203CR0071891 (09/02/03) (2 Pages) |

| | |
|---|---|
| Ex. V | Dist. Ct. Felony Complaint, Criminal Contempt in the First Degree, 203CR0071891, bates stamped as 1698. |
| Ex. W | Domestic Incident Report (09/02/03) |
| Ex. X | NCPD Search of Premises – Consent – Signed by Kim Hartmann |
| Ex. Y | Kim Hartmann Supporting Deposition, PDCN 32B (03/11/04), bates stamped as 1733. |
| Ex. Z | Kim Hartmann Supporting Deposition, PDCN 32B (03/12/04), bates stamped as 1734. |
| Ex. AA | Domestic Incident Report (03/11/04), bates stamped as 1735. |
| Ex. BB | NCPD Teletypewriter Alarm Sheet, PDCN 72 (03/12/04), bates stamped as 1742. |
| Ex. CC | NCPD Case Report, PDCN 32SJ, 204CR0019484 (03/11/04), bates stamped as 1-5. |
| Ex. DD | NCPD Crime Report, PDCN 85ASJ, 204CR0019484 (03/11/04), bates stamped as 6-8. |
| Ex. EE | NCPD Case Report, PDCN 32SJ, 204CR0019489 (03/11/04), bates stamped as 1691-1693. |
| Ex. FF | NCPD Case Report, PDCN 32SJ, 204CR0019489 (03/11/04), bates stamped as 1724-1725 |
| Ex. GG | NCPD Case Report, PDCN 32SJ, 204CR0019489 (03/11/04), bates stamped as 1726-1727 |
| Ex. HH | NCPD Case Report, PDCN 32SJ, 204CR0019743 (03/11/04), bates stamped as 1681-1683 |
| Ex. II | NCPD Case Report, PDCN 32SJ, 204CR0019743 (03/11/04), bates stamped as 1730-1732 |
| Ex. JJ | NCPD Case Report, PDCN 32SJ, 204CR0019743 (03/11/04), bates stamped as 9-11. |
| Ex. KK | NCPD Crime Report, PDCN 85SJ, 204CR0019743 (03/11/04), bates stamped as 12-14. |

| | |
|---|---|
| Ex. LL | NCPD Case Report, PDCN 32SJ, 204CR0019746 (03/11/04), bates stamped as 1684-1687 |
| Ex. MM | NCPD Crime Report, PDCN 85SJ, 204CR0019746 (03/11/04), bates stamped as 15-17. |
| Ex. NN | Cassette Tape of 911 Call of Kim Hartmann (03/11/04) (not filed electronically) |
| Ex. OO | Cassette Tape of messages left by Plaintiff on Kim Hartmann's Cell Phone Voicemail (03/11/04), bates stamped as 2295. (not filed electronically) |
| Ex. PP | Cassette Tape of Messages left by Plaintiff on Kim Hartmann's home answering machine (03/11/04), bates stamped as 2296. (not filed electronically) |
| Ex. QQ | NCPD BSO – Caper Section Receipt (03/11/04) |
| Ex. RR | NY/NJ HIDTA Photograph of Thomas Hartmann, DD7-431-04 (03/12/04, bates stamped as 1743. (not filed electronically) |
| Ex. SS | NCPD Arrest Report, PDCN 81SJ, 204AR0004356 (03/12/04), bates stamped as 1723. |
| Ex. TT | NCPD Arrest Report, PDCN 81SJ, 204AR0004356 (03/12/04), bates stamped as 1738-1739. |
| Ex. UU | Cassette Tape of Police Radio Transmissions (03/12/04). |
| Ex. VV | NCPD Case Report, PDCN 32SJ, 204CR0019772 (03/12/04), bates stamped as 1688-1690 |
| Ex. WW | Dist. Ct. Information, Aggravated Harassment in the Second Degree, 204CR0019489 (03/12/04), bates stamped as 1711 |
| Ex. XX | Dist. Ct. Information, Aggravated Harassment in the Second Degree, 204CR0019489 (03/12/04), bates stamped as 1708 |
| Ex. YY | Dist. Ct. Information, Aggravated Harassment in the Second Degree, 204CR0019484 (03/12/04), bates stamped as 1707 |
| Ex. ZZ | Dist. Ct. Information, Resisting Arrest, 204CR0019746 (03/13/04), bates stamped as 1706. |

| | |
|---|---|
| Ex. AAA | Dist. Ct. Information, Menacing in the Third Degree, 204CR0019743 (03/13/04), bates stamped as 1709 |
| Ex. BBB | Dist. Ct. Information, Menacing in the Third Degree, 204CR0019746 (03/13/04), bates stamped as 1710 |
| Ex. CCC | Simplified Traffic Information, Reckless Driving, LI 683845 1 (03/12/04), bates stamped as 1712. |
| Ex. DDD | NCPD Property Bureau Invoice, 204CR0019484, Cassette Tapes from Complainant (03/13/04), bates stamped as 1705 |
| Ex. EEE | NCPD Property Bureau Invoice, 204CR0019484, Motorola Cell Phone, Serial # 919ACS11PH, bates stamped as 1704. |
| Ex. FFF | Police Officer Karl Snelders – Notes – (03/12/04) |
| Ex. GGG | Jamie Florio Supporting Deposition (03/21/04) |