Ex. CC

**SSAU COUNTY POLICE DEPT -7S**

CASE REPORT -PDCN 32SJ - 204CR0019484
Printed 03/19/2004-14:30    By 7814FRANK    Page 1

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY. 7042SHACK ON 03/12/04 AT 03:15

## CORE DATA

| | |
|---|---|
| Case Report# | 204CR0019484 |
| Other# | 204CR0019489   DD7-432-04 |
| Master CR# | |
| Classification | 240.30 (1)  AGG HARASSMENT 2ND SUB 1 |
| Ranking | MISDEM        DOMESTIC |
| Reported As | DOMESTIC INCIDENT |
| Time Reported | (FRI) 03/12/2004 01:17 |
| Taken By | 4165CMARV |
| Reported How | 911 |
| Time of Occurrence | 03/11/2004 22:00 (THU)    To |
| Injuries | N |
| Weapons | N |
| Stolen Property$ | Stolen Vehicle$ |
| Damaged Property$ | Damaged Vehicle$ |
| Scene | [redacted] |
| Sector | 708 |
| Premise | 01 |
| Time Dispatched | 03/11/2004 22:08 (THU) |
| Time On Scene | 03/11/2004 22:12    8194SMITH  SMITH KEVIN W |
| Time Cleared Scene | |
| Assigned To | 7SQ        7814FRANK |
| Cleared | |

## MORE CORE

| | |
|---|---|
| Pattern | |
| Time-Of-Day | DARKNESS |
| Weather Condition | CLEAR |
| Forms Prepared | 32B, DCJS |

| MO-Code | Description | Comments |
|---|---|---|
| 409 | ORDER OF PROTECTION - NO | |
| 411 | ORDER OF PROTECT. VIOLATED/NO | |
| 428 | VIOLATION | |
| 436 | NO WEAPONS USED / THREATENED | |
| 505 | SEPARATED | |
| 528 | NONE | |
| 530 | NO WEAPON | |
| 532 | OFFENDER PRESENT - NO | |
| 534 | DOMESTIC VIOLENCE SERVICES | |
| 549 | REF.TO COURT/ENTER IN NARRATIV | |
| 563 | GUNS SEIZED-NO | |
| 565 | PISTOL LICENSE-NO | |
| 571 | WEAPON/S NOT INVOICED-EXPLAIN | |
| 572 | NO GUNS SIEZED | |
| 640 | FEMALE | |
| 650 | SPOUSE | |
| 662 | MALE | |
| 670 | SPOUSE | |
| 800 | PHOTOS TAKEN NO | |
| 811 | AMBULANCE REQUESTED NO | |
| 813 | ARREST MADE - NO | |
| 816 | NO OFF. COMMITTED NO ARR. | |
| 821 | NO CHILDREN PRESENT | |
| 823 | FAMILY-HOUSE-MEMBERS PRES/NO | |
| 869 | OTHER CIRCUM.- SPECIFY | HARASSING AND THREATENING PHONE CALLS |
| 870 | VERBAL ARGUMENT | |
| 911 | NO ABUSE/ NEGLECT/MALTREATMENT | |
| 918 | INJURIES NONE | |

000001

N.   `AU COUNTY POLICE DEPT -7SC
CASE REPORT -PDCN 32SJ - 204CR0019486-
Printed 03/19/2004-14:30   By 7814FRANK   Page 2

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY. 7042SHACK ON 03/12/04 AT 03:15

1DERS

ASSIGNED  FRANKLIN BARRY O (7814FRANK)

ENSES

03/11/2004 22:00  PENAL LAW, 240.30 (1)  AGG HARASSMENT 2ND SUB 1    MISDEM (A)
    Arrest#  204AR0004356

03/11/2004 22:00  PENAL LAW, 240.30 (1)  AGG HARASSMENT 2ND SUB 1    MISDEM (A)
    Arrest#



'ES

ARRESTEE  HARTMANN THOMAS P        M WN 600 185       DOB ■■■■ SocSec ■■■■
    Address  ■■■■                                      Home Phone
    Employer                       Occupation UNION LABORER    Work Phone
    State#/NCIC# /                 Arrest# 204AR0004356         Deposed N
    Gang                           ID How/By

VICTIM   HARTMANN KIM             F WN                DOB ■■■■ SocSec ■■■■
    Address  ■■■■                                      Home Phone ■■■
    Employer                       Occupation ■■■■                Work Phone
    ^tate#/NCIC# /                 Arrest#                       Deposed Y
    Gang                           ID How/By

LIMINARY  WRITTEN BY 8194SMITH ON 03/12/2004

Victim/Hartmann,Kim stated that she was involved in a verbal argument with her husband, Suspect/Hartmann, Thomas over the phone. Suspect called back numerous times and left threatening messages on the Victims answering machine. Some of the messages stated ."Die, you fucking cunt!" "I'll be at your school tomorrow, be prepared!" "I'm on my way over now, call the police and be ready!" "I got something for your head, you fat crackhead bitch!". A few minutes after the suspect stated he was coming over, victim heard noises by her windows and then her alarm went off. Victim got scared and called 911. Search of the outside of the house revealed two screens removed from the windows. While police were at scene, suspect called over 25 times. Beside threatening the victim's life, suspect also stated he was going to kill the officers who were at scene. Victim is legally separated from the suspect and the suspect knows he is not welcome into her home. Victim states that suspect gets violent when he drinks or does drugs. Victim stated she said on numerous times for the suspect to stop calling her, and he continued to call. Victim stated she was scared and that she feared for her safety as well as her life and requests arrest of the suspect. 7th squad notified. Caper alarm installed for victims safety by PO Muller (#7821) and PO Henson (#4143). BSO Lt. Campagna was notified and had units respond to assist. Suspect drives a black 2000 Lexus SUV NY Reg:CKV6329. Intensive search of area for subject was conducted with negative results. CB to put out notification over all pct frequencies.
Neg pistol check
RMP715

Case 1:04-cv-01784-CLP   Document 70-33   Filed 10/29/07   Page 4 of 6 PageID #: 1154

NASSAU COUNTY POLICE DEPT -7SQ
CASE REPORT -PDCN 32SJ - 204CR0019489
Printed 03/19/2004-14:30    By 7814FRANK    Page 3

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY, 7042SHACK ON 03/12/04 AT 03:15

NARRATIVE WRITTEN BY 7814FRANK ON 03/13/2004

**************************DETECTIVE INVESTIGATION***********************************************

NOTIFICATION:

Notified by PO Smith on above date and time from location.
*

INTERVIEW OF POLICE OFFICER:

On above date and time and place of incident PO McCaffrey told I/D about threats that were made against him and others. See narrative of C/R 204CR0019489 for further details.
*

INTERVIEW OF COMPLAINANT:

On the above date and time interviewed complainant Kim Hartmann about her fears and concern for her safety. Supporting deposition and DCJS made there apart of this report.
*

CAPER ALARM:

Caper alarm was installed for victims safety by PO Muller Ser#7821 and PO Henson Ser#4143.
*

CB NOTIFICATION:

CB put out notification over all pct frequencies, also Long Beach PD notified because subject known to that area. BSO notified.
*

INVESTIGATION:

On 03/12/04 was informed by Dt/Sgt DeMartinis of conversation he had with Sister-In-law of subject, by name of Joanne Walsh who reside at 3247 Brower Ave. Oceanside, that subject will be there at 1700 hrs.
On 1615 hrs I/D notified Sgt Carney BSO about possible locations for the subject. BSO teams were sent to 96 Central Blvd Merrick, 3331 Park Ave. Wantagh and 3247 Brower Ave Oceanside.
*

INTERVIEW OF JUDITH SCHUBERT:

On 03/12/04 at 1620 hrs received phone call from Judith Schubert who is mother of subject and she stated the last time she talked to subject was two days. She stated she would notified I/D if she hears from him.

Case 1:04-cv-01784-CLP  Document 70-33  Filed 10/29/07  Page 5 of 6 PageID #: 1155

NASSAU COUNTY POLICE DEPT -75
CASE REPORT -PDCN 32SJ - 204CR0019464
Printed 03/19/2004-14:30    By 7814FRANK    Page 4

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY, 7042SHACK ON 03/12/04 AT 03:15

NARRATIVE WRITTEN BY 7814FRANK ON 03/13/2004 (continued...)
*

### REINTERVIEW OF COMPLAINANT:

On 03/12/04 at 1625 hrs received phone call for complainant who stated subject left two messages on her cell phone at 1530 hrs, saying he was going to kill complainant mother, Corinne Cenzano who resides in ▮▮▮▮▮▮▮▮. SCPD 5SQ Dt/Sgt Dave notified at 1630 hrs and given details of case. Supporting deposition of complainant made apart of this report.
*

### ATTORNEY:

On 03/12/04 at 1655 hrs I/D interviewed Attorney Ernie Peace by telephone about subject who was his client. Attorney stated he has not heard from subject. But will had subject surrender if he talks to him.
*

### EVIDENCE:

PDCN 106 was prepared for two cassette from complainant's cell phone and answering machine, voucher# 7-78-04. Defendant's cell phone to be sent to Electronics Squad . All made part of this report.
On 03/18/04 at 1540 hrs the telephone number of complainant was retrieve from arrestee's cell phone. ▮▮▮▮▮▮▮▮ on the following dates and times 03/11/04 @ 2158 hrs,2238 hrs; 03/12/04 @ 1615 hrs. PDCN 106 was prepared for cellular phone of arrestee, voucher#7-101-04.
*

### PRISONER'S PROPERTY:

PDCN 106 prepared for property of defendant voucher#7-77-04 to be sent Property Bureau for safekeeping.
*

### ARREST:

At 1700 hrs on 03/12/04 ,A/O PO Snelders BSO informed I/D about of this arrest. Arrestee Thomas P Hartmann was transported to NUMC,due to injuries sustain during the arrest. Arrest paperwork processed and delivered to NCPD Headquarters. Arrestee to get bedside arraignment due to nature of injuries. SCPD 5SQ,notified of arrest . Arrestee charge with section 210.45 of the penal law, aggravated harassment 2nd sub 1(two counts);120.15 of the penal law,menacing 3rd(two counts);205.30 of the penal law, resisting arrest and 1212 of the VTL, reckless driving. See 204AR0004356 for details and this report is made apart of this report.
*

### CASE STATUS:

NASSAU COUNTY POLICE DEPT -7'
CASE REPORT -PDCN 32SJ - 204CR0019484
Printed 03/19/2004-14:30 By 7814FRANK Page 5

Sector 708 Level 6
SECURESIGNED BY LT KIM M SHACKLADY. 7042SHACK ON 03/12/04 AT 03:15

D. NARRATIVE WRITTEN BY 7814FRANK ON 03/13/2004 (continued...)

Code 01

DET BARRY O FRANKLIN SH#996   *[signature]*

DT/SGT JOHN DEMARTINIS SH#101   *[signature]*

000005