Ex. DD

**NASSAU COUNTY POLICE DEP'**
CRIME REPORT -PDCN 85ASJ - 204CR0019484
Printed 08/09/2004-13:11    By 6808CANER    Page 1

### DEFENDANT(S)

2  X0004356  **HARTMANN THOMAS P**  DOB ▇  SocSec ▇  Agency# 0219913  Phone ▇

PENAL LAW, 240.30 (1) AGG HARASSMENT 2ND SUB 1    MISDEM A    NTA#    03/13/2004

### PERSON(S) INVOLVED

VICTIM (DEPOSED)  HARTMANN KIM  DOB ▇  SocSec ▇  H-Phone ▇  W-Phone

### TESTIMONIALS

**HARTMANN THOMAS P**

ALBANO JOHN S    6350ALBAN  DET    Unit 7SQ    Chart
ASSIST DET       NO STATEMENT
Did canvass at both places of incident.

ARCHER GEORGE E  5815ARCHE  DET    Unit 7SQ    Chart
ASSIST DET       NO STATEMENT
Did canvasses at scene reiterviewed complainant at her house and assisted with arrest paperwork.

FRANKLIN BARRY O  7814FRANK  DET    Unit 7SQ    Chart
INVEST DET        NO STATEMENT
Interviewed complainant, processed paperwork for arrest and interviewed P.O.s involved.

KNATZ MICHAEL F  7003KNATZ  PO    Unit BSO    Chart
ASSIST PO        NO STATEMENT
With P.O. Snelders was menaced at both locations and assisted with arrest afterwards.

MCCAFFREY THOMAS O  6892MCCAF  PO    Unit 007    Chart
FIRST PO            NO STATEMENT
Was threatened at complainants house over telephone by defendant.

SMITH KEVIN W  8194SMITH  PO    Unit 007    Chart
FIRST PO       NO STATEMENT
Was threatened by defendant over telephone while taking statement from complainant.

SNELDERS KARL A  6760SNELD  PO    Unit BSO    Chart
ARREST PO        NO STATEMENT
Attempted arrest subject at first location and was menaced pursuit subject to second location and again was menaced. Arrested subject at second location.

HARTMANN KIM                                    Unit         Chart
NONMEMBER     WRITTEN STATEMENT ▇ 03/11/2004 22:00 TO 8194SMITH
Exwife of defendant was threatened over the telephone by defendant.

### DEFENDANT(S) ADMISSIONS

**HARTMANN THOMAS P**    NO STATEMENT
                         NO STATEMENT

### INJURIES

H  ▇MANN KIM    NONE    Level: NOT INJURED

### DATE, TIME & LOCATION OF INCIDENT

03/11/2004 22:00 ▇

000006

## NASSAU COUNTY POLICE DEPT
### CRIME REPORT -PDCN 85ASJ - 204CR0019484
Printed 08/09/2004-13:11    By  6808CANER           Page 2

---

**DATE, TIME & LOCATION OF ARREST(S)**

| I | MANN THOMAS P | 03/12/2004 17:00 | ALLEN AV AT FORTESQUE AV, OCEANSIDE |

**NOTIFICATION(S)**

| HARTMANN THOMAS P | SURG ICU 12-6192 CSSU NOTFD | DA Notified N |

**ARREST NARRATIVE**

WRITTEN BY 5815ARCHE ON 03/12/04

On 03/11/2004 the defendant Thomas Hartmann did call his ex-wife making threats to her that he was coming over to causing injury to her. She received about twenty five calls from him all threatening harm. After police officer responded to her 911 call. He called several times more and officers answered the telephone identifying them selfs to him. The defendant at this time threatened the officers by stating he was going to kill them also and that they better have their vests on. He continued by saying if he couldn't kill them he would kill another cop at the station house. See case reports 204CR0019484 and 204CR001989.

On 3/12/2004 BSO was staking out the possible locations where the defendant may return to. At 1655 the defendant was located at Brower Ave and Sunnybrook Dr. East in Oceanside. Here he was seen getting out of his car and BSO officers approached him. The defendant reached into his waist band as if he had a gun and started screaming at the officers that "you better shoot me or I'm going to shoot you". The defendant ran back to his car and drove away at a high rate of speed down Sunnybrook Dr East. BSO officers proceeded to follow the defendant attempting to stop him. See case report 204CR0019743.

Defendant drove recklessly at a speed of around sixty mile an hour to second location at Allen Ave 75 feet East of Fortesque Ave. Here the defendant exited his vehicle running towards officers again reaching into his waist band like he had a weapon. Officer Knatz exited RMP 942 anticipating a foot pursuit while PO Snelders remained in the RMP. Again the defendant yelled at the Officers "You better shoot me before I shoot you." Officer Knatz had to r(  in from firing his weapon because of his partner and his vehicle. Defendant continued yelling at the officers anu making threats. He also continued to act like he was attempting to retrieve a weapon from his pants. Officer Snelders was still in RMP with his restraint seat belt on and was unable to pull out his weapon. While the defendant was still around his vehicle and reaching into his pants PO Snelders maneuvered RMP 942 closer to the defendant and his vehicle. When defendant crouched down like he was coming out with a weapon PO Snelders use his RMP to stop the defendant and did hit him with the vehicle terminating the incident. See case report 204CR0019746

Record Bureau 4574C notified.

---

**PROPERTY / EVIDENCE**

**VEHICLES / IMPOUNDS**

**DEFENDANT(S) B.A.C.**

| HARTMANN THOMAS P | By | Test#1 . | Test#2 . |

**DEFENDANT(S) IDENTIFICATION**

| HARTMANN THOMAS P | By ARRESTING OFFICER | NUMC/ID | 03/12/2004 18:00 |

**DEFENDANT(S) MIRANDA**

| HARTMANN THOMAS P | By NONE |

**DEFENDANT(S) SEARCH**

| H  MANN THOMAS P | By 7003KNATZ | Justification ARREST |

**DEFENDANT(S) PHONE CALLS**

HARTMANN THOMAS P

000007

**NASSAU COUNTY POLICE DEP**
CRiME REPORT -PDCN 85ASJ - 204CR0019484
Printed 08/09/2004-13:11    By 6808CANER    Page 3

*REMARKS*

;TMANN THOMAS P            ARRESTING OFFICERS BAIL COMMENTS
NoNE

**HARTMANN THOMAS P**       RELATED CASES/WITNESSES AS DEF./DEF. WITNESS REL./WITNESSES WITH PRIORS
1.204CR0019489,204CR0019743,204CR0019746

Prepared By            Desk Officer            Squad Supervisor

000008