# Ex. EE

## NASSAU COUNTY POLICE DEPT - 7SQ
### CASE REPORT -PDCN 32SJ - 204CR0019489
Printed 03/14/2004-00:07    By 7814FRANK    Page 1

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY, 7042SHACK ON 03/12/04 AT 03:19

*CORE DATA*

Case Report# 204CR0019489
Other# 204CR0019484   DD7-433-04   DD7-432-04
Master CR#
Classification 240.30 (1)  AGG HARASSMENT 2ND SUB 1
Ranking MISDEM
Reported As UNUSUAL/SUSPICIOUS INCIDENT
Time Reported (FRI) 03/12/2004 01:34
Taken By 4165CMARV
Reported How 911

Time of Occurrence 03/11/2004 22:20 (THU)    To

Injuries N
Weapons N
Stolen Property$           Stolen Vehicle$
Damaged Property$          Damaged Vehicle$
Scene ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sector 708
Premise 01

Time Dispatched 03/11/2004 22:07 (THU)
Time On Scene  03/11/2004 22:11    6892MCCAF  MCCAFFREY THOMAS O
Time Cleared Scene

Assigned To 7SQ           7814FRANK
Cleared

*MORE CORE*

Pattern
Time-Of-Day DARKNESS
Weather Condition CLEAR
Forms Prepared NONE

*MEMBERS*

ASSIGNED   FRANKLIN BARRY O (7814FRANK)

*OFFENSES*

03/11/2004 22:13  PENAL LAW, 240.30 (1)  AGG HARASSMENT 2ND SUB 1      MISDEM (A)
   Arrest#  204AR0004356

03/11/2004 22:20  PENAL LAW, 240.30 (1)  AGG HARASSMENT 2ND SUB 1      MISDEM (A)
   Arrest#

001691

01

NASSAU COUNTY POLICE DEPT -7SQ
CASE REPORT -PDCN 32SJ - 204CR0019489
Printed 03/14/2004-00:07   By 7814FRANK   Page 2

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY, 7042SHACK ON 03/12/04 AT 03:19

## NAMES

| | | | | |
|---|---|---|---|---|
| ARRESTEE | HARTMANN THOMAS P | M WN 600 185 | DOB ■ | SocSec ■ |
| Address | ■ | | Home Phone | ■ |
| Employer | | Occupation  UNION LABORER | Work Phone | |
| State#/NCIC# | / | Arrest#  204AR0004356 | Deposed | N |
| Gang | | ID How/By | | |

| | | | | |
|---|---|---|---|---|
| VICTIM | MCCAFFREY THOMAS O | M WN | DOB U | SocSec U |
| Address | 1490 FRANKLIN AVE  MINEOLA, NY 11501 | | Home Phone | ■ |
| Employer | NCPD | Occupation  POLICE OFFICER | Work Phone | ■ |
| State#/NCIC# | / | Arrest# | Deposed | N |
| Gang | | ID How/By | | |

## VEHICLES

| | | | |
|---|---|---|---|
| SUSP-VH | CKV6329   NY | Value | $1.00 |
| Make | 00 LEXS SUV BLACK | VIN | |
| Registered To | GUNTHER DENISE | State-Entry# | |
| Address | ■ | NCIC-Entry# | |

*PRELIMINARY*  WRITTEN BY 6892MCCAF ON 03/12/2004

Reporting officer states while at the scene of a domestic, (see case #204CR0019484) he picked up the phone at the Victims house and spoke to the above listed suspect/Hartmann. Suspect sounded agitated and made numerous threats that he was responding to the place of occurrence, ■ and kill the police officers at scene. Suspect called back approximately 5 minutes later stating that he is going to kill a police officer this evening, but not necessarily the ones at the place of occurrence. Suspect is possibly suicidal and has made threats to the police in the past. Last summer the police responded to his residence at the above location for a domestic disturbance and found bullet holes in the wall. Suspect is known to occasionally carry a weapon. Suspect frequents the Long Beach area and Long Beach PD was notified. 7th squad notified. Notification made to CB. RMP709

*DD NARRATIVE*  WRITTEN BY 7814FRANK ON 03/13/2004

*************************************DETECTIVE INVESTIGATION*************************************************

NOTIFICATION:
_____

On todays date and time through Swift Justice System

INVESTING OFFICER:
_____

PO McCaffrey informed I/D of details of this report. Also see C/R 204cr0019484

ARREST:
_____

001692

NASSAU COUNTY POLICE DEPT -SCS
CASE REPORT -PDCN 32SJ - 204CR0019489
Printed 03/14/2004-00:07    By  7814FRANK    Page 3

Sector 708   Level 6
SECURESIGNED BY LT KIM M SHACKLADY, 7042SHACK ON 03/12/04 AT 03:19

*DD NARRATIVE    WRITTEN BY 7814FRANK ON 03/13/2004  (continued...)*

See C/R 204CR0019484, 204AR0004356 for details
\*

CASE STATUS:
=============

Code 01

DET BARRY O FRANKLIN SH#996 _____

DT/SGT JOHN DEMARTINIS SH#101 _____

001693