*Daniel J. Hansen*

ATTORNEY AT LAW

WOOLWORTH BUILDING
233 BROADWAY, FIFTH FLOOR
NEW YORK, NY 10279
TEL: (212) 697-3701
FAX: (212) 697-3711

December 23, 2009

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  Hartmann v. County of Nassau
       Docket No.: 04 CV 1784 (ILG) (CLP)

Your Honor:

I represent the plaintiff in the referenced action.

This is to respectfully request that the Court "So Order" eighteen (18) enclosed trial subpoenas.

This is also to request that the Court "So Order" the enclosed subpoena directed at the County of Nassau concerning materials that are needed by the plaintiff in order to prepare exhibits for trial and a complete pre-trial order. While the plaintiff provided an initial draft pre-trial order to the defendants six weeks ago on November 6, 2009, as was ordered by the Court, I have still not received from the defendants the items listed on the subpoena—items that the Deputy Court Attorney repeatedly assured me, over the past several weeks, would be provided, but still have not been forwarded.

Respectfully,

Daniel J. Hansen (DJH: 0211)

cc:  Michael Sordi, Esq., Deputy Nassau County Attorney