- 1774

I.A.U. 29 - 1995

| | |
|---|---|
| Date Complaint Received: | May 1, 1995 |
| Complainant: | ███████ |
| Complainant's Attorney: | ███████ |
| Origin of Complaint: | Chief of Patrol |
| Complaint Tracking Number: | 162-95 |
| Date of Incident: | April 11, 1995 |

Accused: Police Officer ███████ Serial Number ███████ Shield Number ███

Police Officer ███████ Number ███ Serial Number ███████ Shield

Police Officer Karl Snelders, Shield Number 3022, Serial Number 6760, Bureau of Special Operations.

Accused's Attorney:

Nature of Allegation: Complainant alleges the officers used excessive force by grabbing him by his testicles. They also pushed him by his shoulders while he was handcuffed, forcing him into the police car. He received no injuries.

Findings: UNFOUNDED – that Police Officers ███ and Snelders physically abused ███

Additional Findings: See pages 3-6.

Recommendations: See page 7.

Investigation Submitted to Commissioner of Police for Review: March 21, 1996

District Attorney Review: No

Disciplinary Charges: None

Final Disposition:

Investigated by: Detective Sergeant Peter Magnuson
Detective Lieutenant Leonard Savino

*[signature] DEPUTY COMMISSIONER OF POLICE*

000816

INTERNAL AFFAIRS UNIT

NASSAU COUNTY POLICE

I.A.U. NUMBER 29-1995

PAGE 7

Recommendations:

We recommend, with your approval, that Police Officers ▇▇▇▇▇ and ▇▇▇▇▇ be retrained in handcuff techniques and sensitivity training. This investigation revealed that the actions of ▇▇▇▇▇ and the police officers escalated the incident.

We further recommend that this case be closed and filed according to Departmental procedures.

COPY NO. 4

000817