COURT'S
EXHIBIT NO. 8
IDENTIFICATION/EVIDENCE
DKT.#
DATE:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS HARTMANN,

                      Plaintiff,                  **VERDICT SHEET**

   -against-

                                                                    04 CV 1784 (CLP)

OFFICER KARL N. SNELDERS,

                      Defendant.

------------------------------------------------------------------X

## I.  EXCESSIVE FORCE CLAIM

1. Has plaintiff established by a preponderance of the evidence that the defendant used excessive force against the plaintiff during the events of March 12, 2004?

       YES __✓__           NO _____

   *If your answer is "yes," then proceed to Question (2) below.*
   *If your answer is "no," you should report your verdict to the Court.*

2. Has plaintiff established by a preponderance of the evidence that defendant's use of excessive force was a proximate cause of injuries sustained by the plaintiff?

       YES __✓__           NO _____

   *If your is answer "yes," proceed to Question (3) below.*
   *If your answer is "no," you should report your verdict to the Court.*


II. **DAMAGES**

**You are only to answer the following questions if you answered "yes" to question two (2).**

    A. **COMPENSATORY DAMAGES**

Please state your answers to the following questions in numbers. If you decide not to make an award as to any item, you will insert the word "none" as to that item.

    3. **Compensatory.** Do you find that the plaintiff suffered compensable physical injuries due to the actions of the defendant?

        YES ✓          NO _____

    4. **Past Pain and Suffering.** What amount, if any, do you award for the past pain and suffering experienced by the plaintiff from the time of the incident up to today's date?

$ 2,000,000.00 

    5. **Future Pain and Suffering.**

       (a) What amount, if any, do you award for any future pain and suffering experienced by the plaintiff?

$ 4,000,000.00 

       (b) For how many years in the future are you making this award for future pain and suffering?

37 years. 

    6. **Past Medical Expenses.** What amount do you award for medical expenses, consisting of neurology/pain management, physical therapy, SSEP/nerve testing, and medication, incurred by the plaintiff from the time of the accident up to today's date?

$ 1,000,000.00 

2

7. **Future Medical Expenses.**

   (a) What amount, if any, do you award for any future medical expenses experienced by the plaintiff?

   $ 1,100,000.00

   (b) For how many years in the future are you making this award for future medical expenses?

   37 years.

8. **Past Loss of Earnings/Benefits.** What amount, if any, do you award for the loss of earnings/benefits experienced by the plaintiff from the time of the incident up to today's date?

   $ 704,000.00

9. **Future Loss of Earnings/Benefits.**

   (a) What amount, if any, do you award for any future loss of earnings/benefits experienced by the plaintiff?

   $ 7,800,000.00

   (b) For how many years in the future are you making this award for future loss of earnings/benefits?

   21 years.

3

B. **PUNITIVE DAMAGES**

**You are only to answer the following questions if you answered "yes" to question two (2).**

10. Has plaintiff established by a preponderance of the evidence that the defendant should be punished for conduct that was motivated by evil motive or intent, or involved callous disregard or indifference to the plaintiff's right not to be subjected to excessive force?

    YES ✓    NO _____

11. Do you award punitive damages against the defendant?

    *If you choose to award punitive damages, please indicate that by answering "yes" to this question. The amount of punitive damages, if any, will be determined, by you, at a later date after you have heard additional evidence.*

    YES ✓    NO _____

**The jury foreperson is to sign and date the verdict form and advise the Marshal that a verdict has been reached.**

_____
Foreperson of the Jury

Date: 02/19/10

4