d/f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS HARTMAN,

                          Plaintiff,          **ORDER**

    -against-

                                          04 CV 1784 (CLP)

OFFICER KARL N. SNELDERS,

                        Defendants.
-------------------------------------------------------------X

    It is hereby ordered that proper:

( ) Lodging        (x) Sustenance        ( ) Transportation

be provided to the 9 jurors empaneled in the above entitled case who are deliberating on February 22, 2010.

( ) Breakfast       (x) Lunch        ( ) Other

**SO ORDERED.**

Dated: Brooklyn, New York
       February 22, 2010

                                              s/ MJ Pollak
                                              _____
                                              Cheryl L. Pollak
                                              United States Magistrate Judge
                                              Eastern District of New York