UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS HARTMANN,

                        Plaintiff,                  **ORDER TO SHOW CAUSE**

    -against-

                                                     04 CV 1784 (CLP)

OFFICER KARL N. SNELDERS,

                        Defendant.

-----------------------------------------------------------------X

The Court has received the two attached letters submitted by a reporter from Newsday, requesting the release of the transcript of the jury *voir dire* conducted in this case in order "to obtain the names of jurors and related information that would allow [Newsday] to contact them."

Any party objecting to such disclosure is Ordered to show cause by **TODAY** at 3:00 p.m. why this transcript should not be released.

**SO ORDERED.**

Dated: Brooklyn, New York
       March 4, 2010

                                                Cheryl L. Pollak
                                               United States Magistrate Judge
                                               Eastern District of New York



235 Pinelawn Road
Melville, New York 11747
tel: 516-458-2393
FAX: 718-624-4101
email address:
riley@newsday.com

**John Riley**
Reporter

March 3, 2010

Hon. Cheryl Pollak
U.S. Magistrate
Eastern District of New York
Brooklyn, NY

Judge Pollak:

I dropped off earlier today a letter to you requesting that you authorize release of the transcript of Feb. 1 proceedings in Hartman v. Nassau County, 04CV01784.

I have been informed, in a message from your clerk, that you need to research the question and may require a hearing.

I feel I have a right to the transcript, which is a record of a public court proceeding.

The purpose of this note is to let you know that my request and my need for the information are time sensitive, needed to provide residents of Long Island with information related to events that are currently unfolding.

I would therefore ask you to move forward with sensitivity to issues of timeliness.

Yours truly,

John Riley
Newsday



|  | 235 Pinelawn Road |
|---|---|
|  | Melville, New York 11747 |
|  | tel: 516-458-2393 |
|  | FAX: 718-624-4101 |
|  | email address: |
|  | riley@newsday.com |

**John Riley**
Reporter

March 3, 2010

Hon. Cheryl Pollak
U.S. Magistrate
Eastern District of New York
Brooklyn, NY

Magistrate Pollak:

I am a reporter with Newsday, a daily newspaper whose primary circulation area is in the Eastern District of New York.

I have requested a transcript of the proceedings of Feb. 1, 2010, in the case of Hartman v. County of Nassau et al, 04CV01784, from the official court reporter, Ronald Tolkin. The proceedings on that date included jury selection.

Mr. Tolkin was instructed by your clerk, Michael Zuckerman, to tell me to make a request to you for release of the transcript. This is that request.

The purpose of my request is to obtain the names of jurors and related information that would allow me to contact them. The jury selection was conducted in open court. No findings were made conferring anonymity on this jury.

Since I am writing this letter, I would alternatively and additionally request that the court authorize the Clerk of the Eastern District and the jury clerk to provide me with the names, addresses and, if available, phone numbers of jurors who served in Hartman v. County of Nassau.

Thank you for your attention to this request.

Yours truly,

John Riley
Newsday