**GARRETT W. SWENSON, JR.**
ATTORNEY AT LAW
76 BAY ROAD
BROOKHAVEN, NEW YORK 11719
TEL. (516) 380–2808
FAX (631) 536-2229
GARRETT.SWENSON@YAHOO.COM

March 4, 2010

Via ECF
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  <u>Hartman v. Snelders</u>
    Index No. CV04-1784 (CLP)

Dear Magistrate Judge Pollak:

  I write on behalf of the defendant in response to the Court's request for the position of the parties on a pending request to release juror identifying information.

  Our understanding is that this is information maintained by the Court. However, the defendant believes that nothing further than the information which is already publicly available should be released to any party.

  Thank you for your consideration of this submission.

           Respectfully submitted,

           _____
           Garrett W. Swenson, Jr., Esq. (GS-2625)

GWS/plm
cc: Daniel J. Hansen, Esq., via ecf