UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS HARTMANN,

                             Plaintiff,

   -against-

OFFICER KARL N. SNELDERS,

                             Defendant.

-----------------------------------------------------------------X

**EXHIBIT 15**

**VERDICT SHEET**

04 CV 1784 (CLP)

## PUNITIVE DAMAGES

**Please answer the following question.**

1. What amount do you award the plaintiff in punitive damages?

$ 3,000,000.00

**The jury foreperson is to sign and date the verdict form and advise the Marshal that a verdict has been reached.**

_____
Foreperson of the Jury

Date: 2/22/10