**EDWARD P. MANGANO**                                                                         **JOHN CIAMPOLI**
County Executive                                                                                           County Attorney



**COUNTY OF NASSAU**
OFFICE OF THE COUNTY ATTORNEY
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3066
FAX:  516-571-3058

March 18, 2010

Honorable Magistrate Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    **HARTMANN V. SNELDERS**
                    04-CV-1784 (ILG) (CLP)

Dear Judge Pollak:

    I represent the County Defendant in the above-referenced civil action and am writing to inform the Court that the parties have executed a Settlement Agreement and Release in this case.  Attached please find the Stipulation and Order of Dismissal in the matter for your endorsement.

    Thank you for your attention to this matter.

                                      Respectfully submitted,

                                        /smt/
                                    _____
                                    Sondra M. Toscano
                                    Deputy County Attorney

cc:    Mr. Daniel J. Hansen, Esq.
        233 Broadway
        5th Floor
        New York, New York 10279