*Daniel J. Hansen*
ATTORNEY AT LAW

WOOLWORTH BUILDING
233 BROADWAY, FIFTH FLOOR
NEW YORK, NY 10279
TEL: (212) 697-3701
FAX: (212) 697-3711

August 6, 2010

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Hartmann v. Police Officer Karl N. Snelders
                Docket No.: 04 CV 1784 (CLP)

Your Honor:

This is in brief response to the August 5, 2010 letter from the Nassau County Attorney's office. The only "dispute" between Nassau County and plaintiff is that on August 4th I was advised by the County Attorney's office that the "special settlement account" was not funded. The Nassau County Attorney has still not confirmed that the settlement funds are available to be disbursed next week. Nevertheless, the plaintiff has not filed any motions but instead trusts that the Nassau County Attorney will keep the promise of payment as made in counsel's recent letter.

Respectfully,

Daniel J. Hansen