*Daniel J. Hansen*
ATTORNEY AT LAW

WOOLWORTH BUILDING
233 BROADWAY, FIFTH FLOOR
NEW YORK, NY 10279
TEL: (212) 697-3701
FAX: (212) 697-3711

August 9, 2010

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Hartmann v. Police Officer Karl N. Snelders
               Docket No.: 04 CV 1784 (CLP)

Your Honor:

I write to advise the Court that the County of Nassau tendered its settlement draft today. Given that payment has been made, it is respectfully requested that the Court cancel the conference scheduled for 4:30 p.m. today. Upon receipt of the settlement check, I called the Nassau County Attorney's office and was advised that the County joins in this request.

Respectfully,

Daniel J. Hansen